# EXHIBIT A

## NEIU Congratulates you!

Pajak, Steven <s-pajak2@neiu.edu>

Mon 8/16/2021 9:59 AM

To:Williams, Edward M.

Northeastern University Logo

Hello Edward ,

It is with great pleasure that I inform you that you have been admitted to the Secondary Education, MAT (GL13) program at Northeastern Illinois University for the Fall 2021 semester. Congratulations to you and we are excited that you will soon be joining our community of learners and leaders.

An electronic copy of your official admission letter has been uploaded to your Application portal at www.neiu.edu/apply and can be viewed and printed. This electronic copy is official communication from Northeastern Illinois Admissions Office and we recommend you print or download a copy for your records. Your NEIU ID number is located on your admission letter in the application portal.
Please review the [Graduate Students next steps](#) for a smooth transition into your graduate studies. If you have questions about next steps, please feel free to contact Graduate Admissions. We are always happy to assist. Graduate Admissions can be reached at 773-442-6001 or by email at graduateadmissions@neiu.edu.
Again, I congratulate you on your admission, and wish you much success at NEIU!

Sincerely,
Steven Pajak
Director of Admissions Operations and Graduate Admissions