# EXHIBIT B

**STUDENT HANDBOOK 2022-23**

13.   Student media editors and managers shall be protected from arbitrary suspensions and removal due to administrative disapproval of editorial policy or content. Editors and managers shall be subject to removal only by orderly and prescribed procedures. All student publications should explicitly state on the editorial page that opinions expressed therein are not necessarily those of the University or student body.

**IV.  EQUAL OPPORTUNITY, ACCESS AND INCLUSIVITY**

14. Northeastern Illinois University promotes inclusion and encourages the student body to strive for a "judgment free" environment. Students have a responsibility to foster an atmosphere of respect, understanding and goodwill among individuals and groups as a part of a University community that is committed to adhering to the principles provided in the Equal Opportunity and Nondiscrimination policy.
15.   All students attending any campus location shall be afforded the same freedoms and rights. Institutional resources shall be equitable across all locations so as not to inhibit the intellectual and personal development of any student.
16.   Students shall have the right to academic support services with the expectation of a consistent dissemination of information specifying the availability of services, hours, processes for scheduling appointments and open access to related staff.
17.   The University shall actively promote a student's right to access mental health related services and the right to request accommodations for covered disabilities.
18.   Students shall have the right to access their current, up-to-date financial aid information and to receive timely notification of changes to their accounts and immediate notification when necessary documents are required. Students shall also have open access to financial aid services staff.

**V. RIGHT TO INDIVIDUAL PRIVACY AND GROUP RECOGNITION**

19.   Students shall have full protection against improper disclosure of their educational record. This important right represents a serious professional obligation of University faculty and staff and is mandated by the federal Family Educational Rights and Privacy Act of 1974 (FERPA).
20.   Extramural, registered student organizations shall receive institutional recognition.

**Student Code of Conduct**
Northeastern Illinois University exists for the transmission of knowledge, the pursuit of truth, the development of students, and the general well-being of society. Free inquiry and free expression are indispensable to the attainment of these goals. As members of the academic community, students are encouraged to develop the capacity for critical judgment and to engage in a sustained and independent search for truth.

Freedom to teach and freedom to learn are inseparable facets of academic freedom. The freedom to learn depends upon appropriate opportunities and conditions in the classroom, on the campus, and within the larger community. All of those involved in the teaching/learning exchange should exercise their freedom with responsibility. Students have the responsibility to know and act in accordance with the rules, policies, and regulations that govern our University. Any student who violates the University's rules, policies, and regulations will be subject to a conduct proceeding. In addition, at all times students are expected to act ethically and in a manner that is appropriate and reflects the core values of Northeastern Illinois University, which include Integrity, Excellence, Access to Opportunity, Diversity, Community, and Empowerment Through Learning. The Student Code of Conduct is implemented within a culturally diverse environment that stresses fairness and equal access. **All Students are guaranteed the Right to Due Process under this code.**

**STUDENT CONDUCT CODE DISCIPLINARY PROCEEDING**

Conduct proceedings are administrative, and accordingly, will not be governed by strict rules of documentation as applicable in a court of law. The University Student Code of Conduct is administered as a University mechanism to address potential violations of misconduct, and it is distinct from criminal and civil litigation. Certain Code of Conduct violations that also violate city, state, and/or federal laws may, additionally, be pursued in a court of law. The standard of proof required to find a student in violation under the University Student Code of Conduct is "more likely than not."

**STUDENT HANDBOOK 2022-23**

Cited misconduct violation(s) will be redressed by the procedures outlined within the University Student Code of Conduct as outlined below. However, in the event that a student's behavior causes or threatens to cause harm to the student, other persons, or property, or creates a pattern of extreme disruption, or indicates an extreme inability to cope with his/her own needs, and also suggests the possibility of a mental disorder, the policy on *Involuntary Student Withdrawal* will be invoked to determine: a) whether or not, from the available information, a student is suffering from a mental disorder, and b) the appropriate course of action.

Both academic and non-academic misconduct proceedings may be initiated as the result of a single event or series of events. The reporting person of the violation(s) must submit a misconduct report(s) and/or any supporting documentation to the Student Affairs office. Supporting documents should be of the kind that responsible persons are accustomed to rely on in serious matters. All documents submitted will be treated as confidential outside applicable use for the conduct process.

Upon submission of a misconduct report, a temporary hold may be placed on the accused student's ability to register for future classes by the Vice President of Student Affairs/Dean of Students or their designee. The hold will be removed at the conclusion of the conduct proceeding. This does not prevent the student from examining their academic records. The student will be notified of the placement and removal of the hold, along with all relevant University personnel. Inquiries regarding referring a student for the misconduct process should be directed to the Student Affairs office.

**ACTS OF MISCONDUCT**

Students, residents of The Nest not currently enrolled, and registered student organizations (RSOs) are subject to University Student Code of Conduct proceedings for participating in the following acts of misconduct:

**Academic**
Academic misconduct is a violation of the University Student Code of Conduct. Acts of academic misconduct include, but are not limited to:

1. **Cheating.** Use or attempted use of any unauthorized assistance in the taking of an exam, test, quiz, or other assignment. (Note: "Exams" includes all required university, state, and/or national assessment exams.)

2. **Encouraging Academic Dishonesty**. Intentionally or knowingly helping or attempting to persuade and/or influence another to violate the University's rules, policies, and regulations governing academic integrity.

3. **Fabrication.** Deliberate falsification or design of any material or excerpt in an academic assignment or exercise.

4. **Misrepresentation to Avoid Academic Work.** Misrepresentation by fabrication of an otherwise justifiable excuse such as illness, injury, accident, etc., in order to avoid or delay timely submission of academic work or to avoid or delay the taking of a quiz, test, or examination.

5. **Plagiarism.** Appropriation or imitation of the language, ideas, and thoughts of another author and representation of them as one's own original work. This includes (1) paraphrasing another's ideas or conclusions without acknowledgement; (2) lifting of entire paragraphs, chapters, etc. from another's work; and
(3) submission as one's own work, any work prepared by another person or agency.

If the student's observed conduct or apparent behavior leads a faculty member to believe there was academic misconduct, the faculty member may adjust the grade downward (including F - failure) for the test, paper, or course, or other course-related activity in question. In such instances the faculty member will notify the student, the Department/Unit Head, the Dean of the appropriate College, and the Vice President of Student Affairs/Dean of Students of the reason for such action in writing via the "Academic Misconduct Reporting Form." The student has the right to appeal the grade (*see Grade Appeal Policy in the Student Handbook*).

If the faculty member perceives that the academic misconduct requires additional or other action (beyond adjusting the grade downward for the test, paper, or course or other course-related activity), they will make a referral for conduct

proceedings via the "Academic Misconduct Reporting Form." The reporting form should be delivered to the Student Affairs office.

### Non-Academic

Non-academic misconduct is an act that violates the University's rules, policies, and regulations while on campus, as well as during off-campus functions sponsored or supervised by the University. It also includes prohibited acts of one student against another student. Violations of this type include but are not limited to:

1. **FFI** - Furnishing false information to the University.
2. **Forgery** - Forgery, alteration, misuse, or misrepresentation of documents or records.
3. **Obstruction/Disruption** - Obstruction or disruption of authorized University activities and functions on or off campus. In instances of perceived disruption within classrooms, faculty filing a report against a student must utilize the *Classroom Disruption Policy* found in the *Student Handbook.* The University Student Code of Conduct may be employed for perceived violations of classroom disruption when either the faculty member or department head determines that further action is necessary.
4. **Abuse/Threat of Abuse** - Physical abuse or conduct that threatens or endangers another person(s), to also include sexual harassment, sexual assault, dating violence, domestic violence or stalking between currently enrolled students that may be referred to the DOS by the Title IX office.
5. **Theft/Property Damage** - Theft of property, possession of stolen property, or damage to property of the University, a member of the University community, or a visitor to the campus.
6. **Accessory** - Attempting to commit, being an accessory to the commission of, or knowingly being in the presence of prohibited conduct.
7. **Unauthorized use of University facilities** - Unauthorized entrance into or use of University facilities.
8. **Violation of University regulations/policies - Non-compliance with a university policy or regulation as outlined with the Student Handbook and/or the university Policy Library.**
9. **Drugs** - Manufacture, delivery, sale, use, possession, or distribution of either narcotic or dangerous drugs, except as permitted by law and University regulations.
10. **Alcohol** - Possession, consumption, or distribution of alcoholic beverages on University property or at University sponsored activities except in accordance with the University policy.
11. **Lewd/Obscenity** - Lewd, obscene, or disruptive conduct and all forms of harassment. This will also include racial/ethnic, homophobic or other legally prohibited harassment.
12. **Weapon** - Unauthorized possession of weapons.
13. **Failure to Comply** - Failure to comply with the direction of any authorized University representative, acting appropriately in the performance of his/her duties.
14. **Hazing** - All forms of hazing.
15. **Intimidation/Humiliation** - Intentionally intimidating, impelling, threatening, or humiliating any member of the University community.
16. **Sanction Violation** - Violation of the terms of any misconduct sanction imposed in accordance with this Policy.
17. **Extreme Disruption and/or Harm** - Behavior which causes or threatens to cause harm to the student, other persons, or property, or creates a pattern of extreme disruption, or indicates an extreme inability of a student to cope with her/his own needs, and also suggests the possibility of a mental disorder. In such instances, the *Involuntary Student Withdrawal Policy* will be used to determine: a) whether or not, from the available information, a student is suffering from a mental disorder, and b) the appropriate course of action.
18. **Misuse of Technology** - Misuse or unauthorized use of computer technologies, including hardware, software, computer interfaces, University databases, internet and electronic-mail applications, etcetera.
    Use of computing facilities and resources to send or view obscene or abusive material or messages. Use of computing facilities and resources to interfere with normal operation of the university computing system.
    Use of computing facilities and resources in violation of copyright laws.
    This section also applies to potential violations of academic misconduct where computer technologies were utilized.

**In compliance with H.R. 4137, the Higher Education Opportunity Act (HEOA), Northeastern Illinois University stated that the unauthorized distribution of copyrighted material including peer-to-peer file sharing, may expose students to civil and criminal penalties and responsibilities.**

19. **Other violations of law -** Committing an act that is against city, state, and/or federal law.

**INITIAL CONFERENCE**

When a student or registered student organization (RSO) is cited in a Misconduct Report for violating the University's rules, policies, and/or regulations, and if the potential conduct may result in the imposition of a misconduct sanction, an Initial Conference will be conducted by an Assistant Dean of Students (1) to apprise the student or RSO of the violation(s) cited, (2) to ensure the student or RSO understands their rights and responsibilities under this code, (3) to ensure the student or RSO understands the conduct process, and (4) if applicable, to allow the student or RSO an opportunity to accept responsibility for the violation, or to dispute the violation.

*Misconduct reports must be submitted in writing to the Student Affairs office. The report must be submitted within 30 business days of detection of the potential misconduct, exclusive of periods when classes are not in session. This time limit does not apply to reports filed under the Northeastern Illinois University sexual misconduct policy or discrimination grievance procedure with the Director of Equal Opportunity, Affirmative Action and Ethics Compliance.*

*1. Initial Conference*

1.1 An Assistant Dean of Students (ADOS) will initiate an inquiry, which includes an Initial Conference with the student or RSO to help them understand the violations for which they have been cited, as well as explain the student's/RSO's rights and options for moving forward in the misconduct process.

1.2 The student or RSO will be given at least three (3) working days' notice to appear for the Initial Conference.

1.3 The notice will contain information regarding:
   a. the potential conduct code violation
   b. the nature of documentation submitted and by whom, and
   c. the time and place of the Initial Conference

1.4 Failure of the student or RSO to appear at the Initial Conference or to contact the ADOS will result in a default determination of the student/RSO being in violation of the Code of Conduct. In such instances, the ADOS may apply sanctions without a formal hearing.

1.5 Upon request, the student may review all documents or statements prior to or during the scheduled Initial Conference.

1.6 After the conclusion of the Initial Conference, within a period of five (5) working days, the ADOS will e-mail to the student/RSO a formal letter reflecting the outcome of the Initial Conference. The outcome will be one of the following:

   a. no further action will be taken at that time; **or**,

   b. the final resolution, sanction, and follow-up. This will occur in all matters if the student/RSO takes responsibility for the violation and agrees with the ADOS as to an appropriate sanction of Official Warning, Misconduct Probation or Suspension, which may include restitution, and/or additional restrictions/remedies; **or**,

   c. It is in the best interest of the University that further action will be taken through the formal conduct hearing process. Such a decision will be made if the student/RSO denies responsibility for the cited violation(s), or when circumstances require automatic referral to a formal conduct hearing. These circumstances include more serious non-academic conduct violations and all academic misconduct violations. In such instances, the student/RSO may elect to have the proceedings conducted by the ADOS ("administrative hearing") *or* the Student Conduct Hearing Panel ("panel hearing"). If the student/RSO refuses to select a type of formal hearing proceeding, the student/RSO will receive an administrative hearing.

**CONDUCT HEARING**

*2. Administrative Hearing or Student Conduct Hearing Panel (based upon student's request)*

2.1  The Administrative Hearing. The Administrative Hearing is conducted solely by the alternate Assistant Dean of Students (ADOS) and they will be responsible for hearing the case. They will determine if the student/RSO is or is not in violation of the Student Code of Conduct, and apply sanctions (if a violation(s) is determined).

2.2  The Student Conduct Hearing Panel. The hearing panel is composed of three (3) students. The panel is responsible for hearing the case, determining whether the student/RSO is or is not in violation of the Student Code of Conduct, and applying sanctions (if a violation(s) is determined). During a panel hearing, a majority vote is required in order to find a student or RSO in violation of the Student Code of Conduct. Note: Conduct Hearing Panels may not be available during the beginning, or end of a term or during the summer session. During these times an administrative hearing will be used for all misconduct adjudication.

2.3  The ADOS and the Hearing Panel must conduct a fair and impartial hearing to determine whether or not the cited violation(s) is sustained.

*3. Procedure*

3.1  The ADOS that conducted the initial conference will present the case at the hearing. This administrator will schedule a hearing with the student/RSO and the reporting person within fifteen (15) working days following the Initial Conference or as soon as is reasonably possible. The hearing will be closed unless otherwise determined by the DOS/ADOS. The student/RSO and the reporting person will be notified via e-mail, of the date, time, and place of the scheduled hearing.

3.2  The ADOS not involved in the initial conference will serve as the hearing officer. The role of the hearing officer is to review the information presented in the hearing and to determine if the student violated the Student Code of Conduct, and, if so, to determine appropriate remedial measures or sanctions.

Note: At the request of either party, the University will provide for the hearing to occur with the parties in separate rooms, with technology enabling the hearing officer to see and hear the party or witness answering. If either party requests for their advisor to ask questions, this request will be honored and all questions asked by both parties will be conducted by advisors. If a party does not have their own advisor, one will be appointed by the Student Affairs office.

3.3  The charged student/RSO (student) and reporting person must be present at the hearing.

   a.   If the student/RSO fails to appear, the hearing will proceed with or without the student's participation.

   b.   If the reporting person fails to appear, the hearing may proceed without that person. All evidence or statements presented by the reporting person may not be considered in making a determination of responsibility. All documents or statements must be subject to questioning. If the accused student is not present at the hearing to ask questions, this is not a reason to disqualify the reporting person's statement or evidence.

**STUDENT HANDBOOK 2022-23**

    c.    The student/RSO cited and reporting person may request one postponement. Such postponement must be applied for via e-mail at least forty-eight (48) hours prior to the hearing and will only be granted with good reason at the discretion of the DOS/ADOS.

3.4  Either the student/RSO cited or reporting person may bring an advisor to the hearing. In such instances, the DOS/ADOS must be provided with, in writing, the name of the advisor prior to the hearing. The advisor's participation is expressly limited to offering advice to the person who invited them and to assist with asking appropriate questions if required.

3.5  Either the student/RSO cited or the reporting person may bring individuals who observed the incident(s) to the hearing to provide additional verbal information. Each student/RSO cited or their advisor may ask questions of the individuals called who observed the incident(s).

    a.    The ADOS must receive the name(s) of the individuals who observed the incident(s) in writing at least forty-eight (48) hours prior to the hearing.

    b.    This listing must also include a short description of the information to be presented by each of the proposed individuals who observed the incident(s).

    c.    The ADOS may exclude individuals who observed the incident(s) if the information to be presented is repetitive or not relevant to the potential violation.

**Note:** It is the responsibility of those involved to inform individuals who observed the incident(s) of the date, time, and place of the hearing. It is also the responsibility of those involved to inform individuals who observed the incident(s) of any changes in date, time, and/or place of the hearing.

3.6  The hearing will then proceed as follows:

a. The hearing officer will explain how the hearing will proceed and address any questions.

b. The hearing officer will permit the student and the reporting person to each give an opening statement.

c. The ADOS who conducted the initial conference will present the case and summary of charges, evidence and police reports (if applicable). Relevant questions and follow-up questions are permitted by the hearing officer and each party or their Advisor, including questions regarding bias.

d. The hearing officer and student or their advisor will have the chance to ask questions of the reporting person. Relevant questions and follow-up questions are permitted, including those challenging credibility.

e. The hearing officer and reporting person or their advisor will have the chance to ask questions of the student. Relevant questions and follow-up questions are permitted, including those challenging Credibility.

f. Witnesses approved by the hearing officer will be available for questions. The hearing officer will permit each party or their advisor to ask any witnesses relevant questions and follow-up questions, including those challenging credibility.

g. Before the student, reporting person, ADOS, or witness answers a question, the hearing officer must first determine whether the question is relevant and explain any decision to exclude a question as not relevant.

**STUDENT HANDBOOK 2022-23**

    h. The hearing officer will permit the student and the reporting person to each give a closing statement.

HEARING PANEL

3.7 If the hearing is conducted by the Hearing Panel, the following procedures will be followed:

a. The panel will consist of three students (Justices), one of which will be the Student Chief Justice or their designee (Judge) which will conduct the hearing with the ADOS hearing officer providing assistance with procedure and questions that may arise during the hearing. The Judge will explain how the hearing will proceed and address any questions.

b. The Judge will permit the student and the reporting person to each give an opening statement.

c. The ADOS who conducted the initial conference will present the case and summary of charges, evidence and police reports (if applicable). Relevant questions and follow-up questions are permitted by the Justices and each party or their Advisor, including questions regarding bias.

d. The Justices and student or their advisor will have the chance to ask questions of the reporting person. Relevant questions and follow-up questions are permitted, including those challenging credibility.

e. The Justices and reporting person or their advisor will have the chance to ask questions of the student. Relevant questions and follow-up questions are permitted, including those challenging credibility.

f. Witnesses approved by the Justices will be available for questions. The Justice will permit each party or their advisor to ask any witnesses relevant questions and follow-up questions, including those challenging credibility.

g. Before the student, reporting person, ADOS, or witness answers a question, the Justice must first determine whether the question is relevant and explain any decision to exclude a question as not relevant. The Justice may consult with the ADOS hearing officer to make these determinations.

h. The Justice will permit the student and the reporting person to each give a closing statement.

    At the conclusion of the presentation of documentation and question and answer period, everyone present except the Hearing Panel and ADOS will be excused and the Hearing Panel will conduct a closed session for deliberation.

    A simple majority vote of the Hearing Panel is needed to find the cited student in violation of the Code of Conduct.

    This Panel will prepare and submit to the ADOS written findings of fact, and a recommendation of its decision regarding the cited violation(s) and sanction(s), if any.

    The ADOS will determine whether to impose the Panel's recommendation or modify it.

3.8 In order to find a student/RSO in violation of the Student Code of Conduct, the information revealed during the hearing and used for the determination must indicate, at the very least, the student "more likely than not" violated the code of conduct.

3.9 If the student/RSO is found in violation, the DOS/ADOS will decide the appropriate sanction as described under the Misconduct Sanctions.

3.10 Any prior sanctions imposed on the student/RSO in question shall be duly noted in the recommendation or determination of an appropriate sanction(s) for subsequent violation(s).

3.11 The ADOS shall notify the student/RSO of the final decision in writing via e-mail, within ten (10) working days or as soon as is reasonably possible thereafter. Notification of the outcome of the hearing is limited to the student/RSO cited except as mandated under Title IX, which requires notifying the person identified as the victim of the student/RSO cited for sexual assault, sexual harassment, domestic violence, dating violence, and/or stalking.

## APPEAL PROCESS

*4. Appeal Process*

4.1 Sanctions remain in effect during the appeal process.

4.2 The student/RSO who has been found in violation may appeal the decision in writing to the Vice President of Student Affairs/Dean of Students (who serves as Appeals Administrator), within ten (10) working days following the notification of the misconduct sanction.

4.3 The student/RSO will support the appeal by an accompanying statement specifying the grounds for the appeal and setting forth in detail the facts upon which the appeal is based. The issues to be reviewed on appeal will be limited to whether:

  a. The decision is correct,

  b. The sanction is appropriate and/or,

  c. The proper procedures were followed.

4.4 The Appeals Administrator will consider the record of the hearing together with any written material in the file and/or may solicit information from others.

4.5 The Appeals Administrator may dismiss the case, call for a re-hearing by the Student Conduct Hearing Panel (see 2.2) or modify the misconduct sanction.

4.6 The Appeals Administrator will notify those involved in writing via e-mail of the results of the appeal within ten (10) working days of receipt of the appeal or as soon as is reasonably possible.

4.7 The Appeals Administrator's decision will be final.

## MISCONDUCT SANCTIONS

Students/RSOs found to have committed an act(s) of misconduct may be subject to any of the following sanctions which will take effect immediately upon imposition, unless otherwise stated in writing. When appropriate, any sanction may include restitution.

1. **Official Warning** – Written notification that the student/RSO has committed an act(s) of misconduct, and a warning that another violation of the Student Code of Conduct may result in the imposition of a more serious sanction. Some restrictions may be imposed.

2. **Misconduct Probation** - A misconduct status which does not interfere with the student's/RSO's right to enroll in and attend classes, but which includes some restrictions and/or requirements for a specific period of time as determined in the particular case.

3. **Suspension** - A denial of the privilege of continuing or enrolling as a student or RSO and denial of any and all rights and privileges conferred in student status or RSO status for a specified period of time. Additional restrictions and/or requirements as determined in the particular case may be imposed. At the termination of the suspension, and fulfillment of any restrictions and/or requirements that were imposed, the student/RSO will be entitled to resume her/his education without meeting any special academic entrance requirements.

4. **Expulsion** - A permanent denial of the privilege of continuing or enrolling as a student or RSO and permanent denial of any and all rights and privileges conferred in student status or RSO status.

5. **Educational Sanctions** – Sanctions intended to bring stronger awareness and understanding of healthier behavioral options. The sanction will be determined by the Hearing Panel or ADOS and coupled with a disciplinary sanction. Failure to complete an educational sanction has the identical effect of not completing a disciplinary sanction.

**Note:** If it is perceived that the student/RSO has not complied with an imposed sanction, the ADOS will schedule and conduct a formal hearing following Sections 2.1 - 3.9 of this policy to determine whether or not the student is in compliance with the imposed sanction. If the result of this review confirms that a sanction has been violated, the DOS/ADOS may impose a more severe sanction. The student/RSO may appeal the decision in accordance with the appeal provisions of the policy: Sections 4.1 - 4.7.

## INTERIM DISCIPLINARY MEASURES

Pending initiation of disciplinary proceedings, an Assistant Dean of Students or the Vice President of Student Affairs/Dean of Students may implement interim sanctions in order to protect all parties involved, or if there is concern of direct threat to a complainant or other members of the university community. Such actions may include, but not limited to 1) removal from housing, 2)restricted access to common areas at any campus location, 3) adjusting course schedule to avoid contact with certain parties involved, 4)prohibit participation in non-academic activities, or 5) temporarily suspend a student from the University or deny the student readmission. The last option is a measure taken when the Vice President of Student Affairs/Dean of Students finds and believes from information coming to their attention that the presence of the student on the University campus would seriously disrupt the University or constitute a danger to the health, safely to welfare of other persons, the students, or property of the University or members of the University community. The Vice President of Student Affairs/Dean of Students shall instruct the Hearing Officer to initiate the appropriate disciplinary proceedings within three (3) working days, if respondent is available, after temporary suspension is imposed. If a student placed on temporary suspension is found not responsible of misconduct, such student shall be allowed if at all possible to make up academic work missed while on temporary suspension.

## ADDITIONAL INFORMATION

Copies of the University Student Code of Conduct as well as other University policies and procedures pertaining to students/RSOs are available in Student Affairs. Questions should be directed to Student Affairs by calling (773) 442-4600.

**REVISED August 2021**

## COMPLAINT FORM FOR STUDENTS
The student complaint process exists to protect students from arbitrary, capricious, and/or unfair acts being committed against them by University faculty and staff. A student may file a complaint if they believe their rights as a student have not been fully recognized and/or respected. The Student Affairs staff member that receives and reviews the report will provide a combination of coaching, assistance, mediation, and advocacy in helping the student address their concerns.

**Steps in the Process:**
1. The student is to first meet with the responsible staff in the office where the matter arose in hopes of gaining a resolution.
2. If after the meeting the student is dissatisfied with the outcome, the following steps are to be followed:
3. A complaint is to be submitted in writing to the Student Affairs office by completing the "*Complaint Form.*" The on-line document can be found on the DOS page at www.neiu.edu/university-life/dean-of-students/conflict-resolution-services.