# EXHIBIT C

# Daniel L. Goodwin College of Education

**Thomas Philion, Ph.D., Professor, Dean**
**Alberto López-Carrasquillo, Ph.D., Associate Professor, Associate Dean**

The faculty and staff of the Daniel L. Goodwin College of Education of Northeastern Illinois University are dedicated to excellence and innovation in education and professional program preparation. Serving the greater Chicago metropolitan area, our teaching, research, and service efforts respond to the needs and aspirations of a diverse student body and community. The Goodwin College of Education as a fundamental component of a comprehensive public urban university, dedicates itself to using current and reliable evidence of teaching and learning as a source of continuous improvement of its programs, policies, and practices. We regard diversity as a source of strength and as the foundation for our work. We offer high quality experiential learning opportunities to help our candidates bridge the gap from research to practice.

## Goodwin College of Education Goals

**The Goodwin College of Education cultivates professionals who:**

1. Embrace diversity in individuals and perspectives as a source of strength and as the foundation for excellence and innovation in one's professional practice

2. Create equity, inclusiveness and social justice for individuals, groups, communities and organizations

3. Anchor excellent professional practice in inquiry, evidence, scholarship, and real world application

4. Apply lifelong learning to expand one's knowledge, abilities, practice, and perspectives

5. Create positive change in environments, communities, organizations, and individuals by forging positive relationships with others

## Shared Beliefs

**Goodwin College of Education's shared beliefs are reflected in our conceptual framework.** The Daniel L. Goodwin College of Education (GCOE) community is proud of its commitment to the exemplary professional preparation of P-12 educators, school and community leaders, counselors, and health care professionals as well as its human resource professionals. Central to this purpose is the guiding belief that professional practice in education should be reflective, collaborative, and personally and socially transformative.  Therefore, the GCOE adheres to its conceptual framework, a statement of the fundamental principles to guide our work: Professional Practitioners: Reflective, Collaborative, Transformative.

The Goodwin College of Education takes an all-university approach, requiring its candidates to have a well-rounded general education in the liberal arts, thorough training in professional education courses, and extensive school-community clinical experiences. Candidates completing teacher preparation programs receive entitlement to licensure from the Illinois State Board of Education. Occasionally, state requirements for endorsements may change. Consult the Program Advisor regarding licensure and endorsement requirements.

## Accreditation and Approval

The Goodwin College of Education is proud of its distinction of being nationally accredited (https://www.neiu.edu/academics/daniel-l-goodwin-college-of-education/) for its teacher preparation and school leadership programs by the Council for the Accreditation of Educator Preparation (CAEP) (http://caepnet.org/provider-search/?tab=provider&state=IL#provresults). As well, the college's excellent counseling programs are accredited through the Council for Accreditation of Counseling and Related Educational Programs (CACREP).  Finally, the school social work specialization in the MSW graduate program is accredited by Council on Social Work Education.

Northeastern also has full approval for all of its undergraduate and graduate licensure programs for teachers, administrators, and school service personnel by the Illinois State Board of Education (ISBE). These licensure programs are:

- **Early Childhood Education (Birth - Grade 2)**
- **Administrative (PK-12)** (Graduate level only)
  - Principal
  - Teacher Leader
- **Elementary Education (1-6)**
  - Self-Contained General Elementary Education
  - Self-Contained General Elementary Education with Bilingual Endorsement
- **Middle Level Education (5-8)**
  - Language Arts
  - Mathematics

- Science
- Social Studies
- **Literacy Education**
  - Reading Specialist **(PK-12)** (Graduate level only)
  - Reading Teacher **(PK-12)**
- **Secondary Education (9-12)**

  - English Language Arts
  - Mathematics
  - Social Science: History
  - Science: Biology
  - Science: Chemistry
  - Science: Earth Science
  - Science: Physics

- **PK-12 Programs**
  - Visual Arts
  - Music Education
  - Physical Education
  - Foreign Language: Spanish
- **Special Education (K-Age 21)**
  - Learning Behavior Specialist I (LBS I)
  - Learning Behavior Specialist (LBS II)
    - Behavior Intervention Specialist
    - Curriculum Adaptation Specialist
- **School Support Personnel (PK-Age 21)**
  - School Counselor (Graduate level only)
- **Endorsements (PK-12)**
  - Bilingual/ESL option

# Undergraduate Majors

The Goodwin College of Education offers the following undergraduate programs:

- Community Health (E003) [1]
- Early Childhood Education (E113)
- Elementary Education (E100)
- Elementary Education with Bilingual Endorsement (E101)
- Human Resource Development (E004) [1]
- Middle Level Education (area of concentration in Language Arts or Mathematics or Science or Social Studies) (E170)
- Music Education PK-12 (F291)
- Physical Education PK-12 (E261)
- Spanish PK-12 (F276)
- Special Education (E320)
- Urban Community Studies (E119) [1]
- Visual Arts PK-12 (F206)

[1]    In order to graduate, majors not seeking licensure must complete all the requirements for their academic programs and complete major declaration form.

# Undergraduate Minors

The Goodwin College of Education offers minor programs that supplement other academic programs offered at Northeastern Illinois University. These minors include:

**Educational Foundations**

- Educational Studies (L020)

**Health Sciences and Physical Education**

- Health Promotion (L027)
- Exercise Science (L046)

**Human Resource Development**

- Human Resource Development (L034)

**Bilingual/Bicultural Education**

- Bilingual Endorsement minor (L052)

**Urban Community Studies**

- Urban Community Studies minor (L047)

## Graduate Programs

The Goodwin College of Education offers the following graduate programs:

**Master of Arts (MA) in:**

- Educational Leadership:
  - School Leadership
  - Higher Education
- Community and Teacher Leaders
- Couple and Family Counseling
- School Counseling
- Clinical Mental Health Counseling
- Rehabilitation Counseling
- Human Resource Development
- Urban Community Studies
- Literacy Education
- Special Education
  - Learning Behavior Specialist I (LBS I)
- Teaching: Early Childhood Education
- Teaching: Elementary Education
- Teaching: Middle-Level Education (areas of concentration in Language Arts, Mathematics, General Science, Social Studies)
- Teaching: Secondary Education (areas of concentration in English Language Arts, Mathematics, Social Science: History, Science: Biology/ Chemistry/Physics/Earth Science)

**Master of Science (MS) in:**

- Special Education (LBS II):
  - Behavior Intervention Specialist (BIS)
  - Curriculum Adaptation Specialist (CAS)
  - Combined BIS-CAS
- Exercise Science
- Teaching and Inquiry

**Master of Public Health (M.P.H)**

(In collaboration with the MSW in the College of Arts & Sciences, we provide guidance and resources for the School Social Work specialization.)

**Focus Programs in**:

- Bilingual Education Endorsement
- Early Childhood (B-2)
- Elementary Education (1-6)

- Middle-Level Education (5-8)
- Secondary Education (9-12)
- Special Education (LBS I Endorsement) (K-Age 21)
- Health Education (9-12)
- Visual Arts (PK-12)
- Physical Education (PK-12)
- School Counselor (PK-Age 21)
- Reading Teacher (PK-12)
- Special Education (LBS II --Learning Behavior/Curriculum Adaptation-- Endorsement) (K-Age 21)

**Teacher Licensure Program (TLP) in:**

- Early Childhood Education (B-2)
- Elementary Education (1-6)
- Secondary Education (9-12):
    - English Language Arts
    - Mathematics
    - Social Science: History
    - Science: Biology
    - Science: Chemistry
    - Science: Physics
    - Science: Earth Science
- PK-12 Education:
    - Foreign Language: Spanish
    - Music Education
    - Physical Education
    - Visual Arts

**Certificate Program in:**

- Couple and Family Counseling
- Addiction Counseling
- Public Health
- Rehabilitation Counseling
- School Health
- Trauma-Informed Counseling
- Workplace Learning & Performance

## Cross Program Course Offerings in Education

Cross Program Courses in Education (EDUC) are offered in the area of Educational Foundations.

### Educational Foundations Courses

| Code | Title | Hours |
|---|---|---|
| EDFN-302 | Philosophical And Historical Foundations Of Early Childhood Education | 3 |
| EDFN-303 | Early Childhood Development | 3 |
| EDFN-305 | Philosophical And Historical Foundations Of Public Education | 3 |
| EDFN-306 | Education And Individual Differences | 3 |

Catalog descriptions of these courses are located in the Educational Leadership and Development section of the catalog.

## Advisement

## Undergraduate Programs

The University Advising Center (https://neiu.edu/academics/advising-center/) advises freshman and sophomores who have not yet declared a major. Students who are interested in becoming teachers should seek guidance from one of the Goodwin College of Education advisors according to the

program to which they are interested in applying. Please see contact and program information on the Goodwin College of Education Undergraduate Advisors List (https://www.neiu.edu/academics/college-of-education/college-education-advisors/undergraduate-advisors/).

## Graduate Programs

Students who are interested in graduate programs, please see contact and program information on the Graduate Advisors List (https://www.neiu.edu/academics/college-of-graduate-studies-and-research/graduate-advising/).

## General Considerations for Those Taking Coursework, Seeking Admission and Retention in the Goodwin College of Education

- Admission to Northeastern Illinois University does not automatically constitute admission to the Goodwin College of Education, or to professional programs in the College. Candidates who seek to major in any of the programs offered in the Goodwin College of Education must be admitted to the College in order to complete their degrees and to graduate.
- The Admissions, Retention and Appeals Committee of the Goodwin College of Education may request an interview with any candidate or have any candidate meet with the respective Department Professional Standards Committee. The continuation, admission, retention or graduation of that candidate may be withheld until the candidate meets and complies with the Committee recommendations.
- The College expressly reserves the right to consider candidates for admission based on criteria in addition to the admission application. Specifically, the College may deny a student admission based on information that indicates the student lacks professional judgment or has exhibited behavior that calls into question the student's suitability for the teaching profession. Any student denied admission to the College may request a review of the determination and will be afforded an opportunity to respond to the information upon which the decision is based.
- Candidates may be required to take examinations or submit other documentation specific to the particular program and discipline in which they are enrolled or seeking enrollment.
- Programs may impose time limitations on candidates completing programs. If candidates do not meet time limitations, they may have to retake some courses.
- Candidates may not enroll in any required professional education course more than twice to achieve an acceptable grade.
- Prior conviction of certain felonies may preclude State Teacher Licensure. Contact the Licensure Officer for clarification. Prior conviction of certain felonies may also preclude placement in certain field experiences. One Federal and one State of Illinois fingerprint-based background check is required. The individual must notify the Clinical Experiences Office of any convictions prior to placement in any field experiences.
- Candidates with degrees seeking licensure under Illinois House Bill 2207 must seek admission to both the Goodwin College of Education and to the Teacher Licensure Program (TLP) for Post-Baccalaureate Students. These are separate processes. For requirements and advisement, contact the program advisor.
- Candidates enrolled in the B.A in Interdisciplinary Studies (BAIS) program at Northeastern who wish to pursue any of the programs within the Goodwin College of Education may take a maximum of nine credit hours prior to admission to the college. To take any further courses, candidates must be formally admitted to the Goodwin College of Education. Candidates must also complete all professional course requirements of their particular programs. A minimum cumulative grade point average (GPA) of 2.50 (on a 4.0 grading scale) is required of all undergraduate work for BAIS candidates to be admitted into the College.
- The College will notify the University Registrar in the event that an admitted student is dismissed from the College or program.

## Declaring an Education Major

In order to declare a major in education, undergraduate students must contact a Goodwin College of Education Undergraduate Advisor (https://www.neiu.edu/academics/college-of-education/college-education-advisors/undergraduate-advisors/) in the program of interest. Program advisor will forward their completed Undergraduate Major/Minor Declaration Form to the GCOE Office of Admissions, where it will remain as a part of application until the candidate's admission day. At that time, the Declaration Form will be forwarded to Enrollment Services for processing.

Students have an option to first declare a "pre-major" until all College application requirements are completed. The pre-major Declaration Form may be forwarded to Enrollment Services for immediate processing but it does not signify being formally admitted to the GCOE. Once the application requirements are satisfied, students must submit a second Undergraduate Major/Minor Declaration Form (https://www.neiu.edu/academics/registrar-services/declaring-majorminor/) to fully declare an education major.

## Application Requirements

The listed requirements are for teaching licensure seeking undergraduate candidates, including transfer students, who seek admission to the Goodwin College of Education for the following majors: Early Childhood Education, Elementary Education, Elementary Education with Bilingual Endorsement, Middle Level Education, Physical Education, Special Education, and PK-12 Education in Art/Music/Spanish. Such candidates must:

**Meet the following minimum requirements:**

- "C" or better in ENGL-101 (http://catalog.neiu.edu/search/?P=ENGL-101) or ENGL-102
- "C" or better in college level math leading to meet the NEIU math competency (at least 3 credit hours)

- A cumulative GPA of 2.50 (on a 4.0 scale)
- 30 semester credit hours at NEIU or from a transfer institution

**And provide the following documents:**

- Declaration of Major form, signed off by the program advisor
- An online Goodwin College of Education Application via Tk20 NEIU (https://neiu.tk20.com/campustoolshighered/start.do)
- Contact information for two Academic References
- Illinois Educator Identification Number (IEIN), set up in the Educator Licensure Information System (ELIS) (https://sec3.isbe.net/IWASNET/login.aspx)
- One federal and one State of Illinois fingerprint-based criminal background check report[1]

All complete applications to the Goodwin College of Education will be reviewed by the Admissions, Retention and Appeals Committee during their monthly meetings. The applicants will be notified of the official admission decision by the GCOE Admissions Office via their NEIU email.

Please note: candidates for TLP programs and for non-licensure programs (Community Health, Human Resource Development, Urban Community Studies) must contact their respective advisor for admission. Graduate candidates must visit the College of Graduate Studies and Research for graduate admission requirements (https://admissions.neiu.edu/admission-requirements/).

## Retention Policies for Admitted Undergraduates

Once admitted to the Goodwin College of Education, candidates are expected to maintain certain standards in order to be retained within the College. These include maintaining:

1. A cumulative GPA of 2.75 (on a 4.0 scale) in professional courses and majors within the Goodwin College of Education. Candidates should check with their major advisor, as some departmental requirements may vary.
2. A grade of "C" or better in professional education courses and majors within the Goodwin College of Education. Candidates receiving a grade lower than "C" will be placed on academic probation and will not be permitted to do the major field experience or student teaching. See specific program requirements for courses requiring a "B" or better.
3. A University cumulative GPA of at least 2.50 (on a 4.0 scale). If the cumulative GPA falls below 2.50, the candidate will be placed on academic probation in the Goodwin College of Education.                    Please note: Candidates are allowed one term (subsequently attended), while on probation, to raise their cumulative GPA to at least 2.50. Candidates are allowed one term (during the next feasible semester) to retake the professional education course which earned a grade lower than "C".The professional education course can be retaken only once. If the probation terms are not satisfied, candidate will not be retained in the Goodwin College of Education. Petition for a review/extension of probation period are possible for extenuating circumstances, and must be submitted in writing to the GCOE Office of Admissions at gcoe-admissions@neiu.edu.
4. Candidates may not enroll in any required professional education course more than twice to achieve an acceptable grade.

## Reinstatement and Readmission

Candidate in good standing who has been admitted to the Goodwin College of Education and then withdraws from the University will, upon readmission to the University, be automatically reinstated in the Goodwin College of Education, if the period of withdrawal has not exceeded two years. Students who are readmitted to the University must re-declare their educational major(s) and minor(s) with their program advisors and must share the Declaration Form with the GCOE Office of Admissions. If the period of withdrawal exceeds two years, the candidate must apply for readmission to the Goodwin College of Education.

- A candidate seeking readmission will be required to meet new State Licensure requirements in place at the time of readmission, and any new admission and retention requirements within the Goodwin College of Education.
- A candidate who has withdrawn while on academic probation or who has not been retained in the Goodwin College of Education due to an insufficient GPA, or disposition issues, may be reinstated after the cumulative GPA, and academic or disposition issues have been rectified in accordance with the program, departmental or Admissions, Retention and Appeals Committee approval. A written appeal must be submitted to the Goodwin College of Education, Office of the Dean, to gcoe-admissions@neiu.edu (http://catalog.neiu.edu/education/gcoe-admissions@neiu.edu).
- It is the responsibility of the candidate to notify the Goodwin College of Education, Office of Admissions, in writing, of any intention to withdraw from the College. The notification should be emailed to gcoe-admissions@neiu.edu.

## Graduation Requirements

To be eligible for graduation all candidates must:

- be admitted to the College (Goodwin College of Education for undergraduate, and College of Graduate Studies and Research for graduate candidates)

- follow College retention policies (Goodwin College of Education for undergraduate students, and College of Graduate Studies and Research for graduate students)

- have a cumulative GPA of 2.50 and have a GPA of 2.75 or higher in all professional courses (some programs might have a different GPA requirement, please consult your program advisor). Grade of "B" or better in all Clinical Experiences and Student Teaching is required.

- successfully complete:

  - required courses in the professional education sequence

  - all requirements of their academic program

  - all University graduation requirements

## Licensure Requirements

General Education and coursework Requirements: Undergraduate candidates pursuing teacher licensure are required to complete general education and professional coursework as specified by their respective programs. For further information concerning the general education requirements, candidates should consult with the Goodwin College of Education departments offering teacher licensure programs. All candidates in licensure programs at undergraduate or graduate (including TLP and Focus) level programs must meet all the State of Illinois current requirements pertaining to the specific endorsement(s) to be recommended for licensure through university entitlement by the Goodwin College of Education.

Compensated Student Teaching Policy: Per IL. School Code [ISBE Rule Section 25.620 f)] –see appendix I -- student teachers may be compensated for their services. Consult with your program advisor regarding the college policy allowing compensation in student teaching.

## Educator Licensure Information System (ELIS)

The State of Illinois requires that all candidates seeking endorsements in early childhood education, elementary education, middle-level education, secondary education, PK-12 programs, reading specialist, reading teacher, special education, school service personnel or administrative endorsements must pass a series of examinations in order to be licensed. All candidates in licensure programs must also pass the Content Area Test (when applicable) for which endorsement is sought prior to receiving the authorization for any student teaching, practicum, or culminating internship.

Candidates seeking licensure in early childhood education, elementary education, middle-level education, secondary education, PK-12 programs, or special education-LBS I must also pass the Teacher Performance Assessment (edTPA) during the student teaching experience. edTPA is only required for the initial licensure in Illinois. Subsequent or advanced endorsements do not require edTPA. Per ISBE Rules 25.127, the Goodwin College has approved an edTPA policy that includes a section on plagiarism and cheating on the edTPA. This section includes disciplinary actions. Additional information is available at edTPA Important Information (https://www.neiu.edu/academics/college-of-education/edtpa/edtpa-important-information/).

Additional information for these tests is available at ISBE Licensure Testing (https://www.isbe.net/Pages/Educator-Licensure-Testing.aspx).

## Grade Appeal Policy: Undergraduate Grade Appeal Policy

All students have a legitimate right to seek redress when they consider their final grade in an undergraduate course to be unreasonable, unjust, or capricious. This grade appeal procedure shall be initiated during the term immediately following the issuance of the grade in question; in cases involving special and unusual circumstances, this time period may be reasonably extended.

**Procedure:**

1. The student should consult the faculty member who issued the grade for the reconsideration of the grade.
2. If, after seeing the faculty member, the student wishes to pursue the issue or if the faculty member is unavailable, he/she should then approach the faculty member's Coordinator or Department Chair and ask for an investigation of the grade appeal. At this time the student must present a written statement to the Coordinator or Department Chair explaining the reasons for believing the grade to be unreasonable, unjust, or capricious. The Department/Unit Head is responsible for consulting the parties involved, gathering all pertinent information, and for preparing a written statement of the facts which will be given to the student and faculty member and be used in reviewing the facts with the student and the faculty member. The Coordinator or Department Chair shall be responsible for:

- either concurring with the faculty member that the grade should remain as recorded, or
- suggesting to the faculty member that the grade be reviewed.
- The student and faculty member shall be informed in writing of this conclusion. If the student believes the grade appeal has not been resolved satisfactorily, he/she may appeal the grade in writing to the appropriate dean.

3. If the Coordinator or Department Chair is the teacher of record, the student shall appeal in writing directly to the appropriate dean, instead of to the Department/Unit Head as in 2 above. The appropriate dean is the Dean of the College in which the academic department is located. The Academic

Dean shall be responsible for requesting a written statement from the Coordinator or Department Chair. If the issue is not resolved to the student's satisfaction, the student may write to the Dean and request a hearing by the Grade Appeal Committee.

4. The Dean, in consultation with the Grade Appeal Committee, will review the statement prepared by the Coordinator or Department Chair. If the Dean believes the issue should be pursued, he/she will convene the Grade Appeal Committee for a hearing. If the Dean decides the issue should not be pursued, the grade remains as recorded. The decision of the Dean is final. All parties must be so notified

5. The Academic Dean will have a standing Grade Appeal Committee, to be selected each year, composed of five members as follows:

- Two faculty members and two alternates selected by the college assembly.
- Two student members with two alternates selected by the Student Senate.
- The dean of the college involved, or his/her representative.

6. The Grade Appeal Committee will investigate the case and hold a hearing in which the student, the faculty member, and the Coordinator or Department Chair shall be invited to participate. The Committee deliberations following the hearing will be confidential.

7. If the Committee decides the challenged grade is unreasonable, unjust, or capricious, it shall so recommend to the Dean, who shall have the power to change the grade from a letter grade to a grade of "P" (pass). The credits for this course will count toward undergraduate degree requirements. If the committee decides there is insufficient evidence to support the student's claim, it shall recommend to the Dean that the original grade should stand.

8. In all instances, the Committee will reach a conclusion and submit its recommendation in writing to the Dean, who shall render a written decision, copies of which shall be sent to the student and faculty member. The decision of the Dean shall be final.

## Miscellaneous Petition and Appeal Policy

**Introduction:**

The Daniel L. Goodwin College of Education (GCOE) allows admitted students with unusual and/or extenuating circumstances to petition their case to the Associate Dean of the GCOE and the Admission, Retention, and Appeals (ARA) Committee. Individual exceptions to the published policies of the GCOE may be made only after following the submission of a written petition as established in this policy. Northeastern Illinois University and the GCOE reserve the right to make policy changes from time to time when necessary.

PLEASE NOTE: The Miscellaneous Petition and Appeal Policy is not applicable to any cases for which specific petition and appeal policies already exist (e.g., grade appeal).

**Before starting a petition:**

The student should consult with his/her academic program representative (e.g., academic/faculty advisor, program coordinator, department chair) prior to initiating the petition process. This initial step ensures that a student is fully informed of the process prior to submitting a formal petition. Additionally, the program representative can offer student guidance regarding general petition information and necessary documentation/evidence.

**The Petition Process:**

If the student wishes to pursue the petition process after consultation with the appropriate program/department representative, the student shall follow the required steps. First, the student shall write a formal letter detailing the nature and reason(s) for the petition and provide appropriate supporting documentation/evidence. Second, the student shall submit the written petition to the Dean's Office, to the attention of the Associate Dean, and include supporting documentation/evidence. The petition and documentation/evidence should be sent to COE@neiu.edu.

The Associate Dean shall determine the merit of the petition and, within 10-business days, inform the student if the petition was accepted or denied. If accepted, the Associate Dean will forward the petition and supporting documents/evidence to the ARA committee for review. The ARA Committee will review the petition during the next regularly scheduled meeting and provide a recommendation to the Associate Dean. The Associate Dean will render a determination based on the committee's recommendations and inform the student within three business days. The Associate Dean shall inform the department chair and ARA chair of the outcome.

**The Appeal Process:**

The student has the right to appeal the decision of the Associate Dean or a decision made by a department chair for outcomes of petitions requested at department level policies. If the student wishes to pursue the Appeal Process, the student has five business days after receiving the decision to initiate the process. The student shall follow the required steps. First, the student shall write a formal letter detailing the reasons for appealing the Associate Dean's decision or department chair. Second, the student shall submit the written appeal to Goodwin College of Education Dean's office to the attention of the Dean, which must include supporting documentation/evidence. The petition and documentation/evidence should be sent to COE@neiu.edu. The Dean shall evaluate the appeal and render a decision to the student within 10-business days. The Dean may uphold the decision of the Associate Dean or the department chair or render a new decision. The decision of the Dean is final. The Department Chair, academic/faculty advisor, program coordinator, ARA chair, and Associate Dean will receive a copy of the Dean's letter.

# PROFESSIONAL STANDARDS FOR STUDENTS' ACADEMIC AND NON-ACADEMIC PERFORMANCE AND BEHAVIOR

## PREAMBLE

The Daniel L. Goodwin College of Education (GCOE) community is proud of its commitment to the exemplary professional preparation of P-12 educators, school and community leaders, counselors, and health and human development resource professionals. Central to this purpose is the guiding belief that professional practice in education and training should be reflective, collaborative, and personally and socially transformative.

Accordingly, GCOE candidates are expected to abide by certain academic and non-academic behaviors that align with this mission. Adherence to high standards of behavior enables candidates to have a positive influence on their colleagues and those individuals directly and indirectly impacted by their professional practice.

Therefore, the GCOE sets forth the following professional standards of academic and non-academic performance and behavior for students to observe and adhere to.

## OVERVIEW OF STANDARDS

The following professional standards for students' performance and behavior have been developed in line with all the University documents pertaining to academic and non-academic standards, which are included in Northeastern Illinois University's Academic Catalog, Student Handbook, and the Goodwin Clinical Experiences and Student Teaching Handbook.

The NEIU Academic Catalog and Student Handbook contain the following policies:

- Academic Conduct
- Americans with Disabilities Act (ADA)
- Crime Awareness and Campus Security Act
- Family Educational Rights and Privacy Act (FERPA)
- Grade Appeal
- NEIU Policy on Nondiscrimination
- National Voter Registration Act
- Oral Proficiency
- Policy on Drug and Alcohol Abuse
- Reasonable Accommodation of Religious Observances
- Sexual Misconduct
- Smoke-Free University Policy
- Student Conduct
- Student Grievance Policy
- Student Right to Know Act
- University Email

Additionally, students must adhere to academic and non-academic behaviors in accordance with the Daniel L. Goodwin Clinical Experiences and Student Teaching Handbook, the GCOE Diversity Proficiencies, and the GCOE Technology Proficiencies.

Finally, students are expected to adhere to the professional code of ethics governing their profession and department policies pertaining to academic and non-academic standards.

Students are to achieve the following standards in a satisfactory manner and timely fashion or risk a lower grade and/or removal from the professional degree, endorsement or licensure program. Students in GCOE courses are expected to abide by all policies and procedures contained in the Academic Catalog and Student Handbook, which cover academic and non-academic performance and behavior.

## ACADEMIC STANDARDS OF BEHAVIOR

A. Students in the GCOE are expected to demonstrate and maintain a satisfactory level of academic competency in all courses and experiences pertinent to their profession.

B. Students in the GCOE are expected to complete all required assignments as delineated in the syllabus and determined by the instructor's preference.

C. Students in the GCOE are expected to demonstrate developmentally appropriate levels of proficiency in language skills (listening, speaking, reading, writing, spelling, handwriting, etc.) as commensurate with those required of the competent professional.

D. Students in the GCOE are expected to demonstrate developmentally appropriate professional, affective, and physical competencies as necessary for their profession.

E. Students in the GCOE are expected to demonstrate attentiveness, disciplined cooperation, interaction, and appropriately timed participation and civility.

F. Students in the GCOE are expected to demonstrate awareness of all the information stated in the above NEIU, GCOE, and department documents, especially the NEIU Student Conduct Code pertaining to academic honesty, plagiarism, fabrication, and cheating.

## NON-ACADEMIC STANDARDS OF BEHAVIOR

A. Students in the GCOE are expected to demonstrate fidelity to the NEIU Student Conduct Code regarding the creation of false information, forgery of documents, abusive/ threatening conduct, theft, possession/use/sale of narcotics, unauthorized possession of alcohol and weapons, harassment, etc.

B. Students in the GCOE are expected to demonstrate dependability and punctuality at the University and in any related professional settings.

C. Students in the GCOE are expected to interact with learners and clients within University courses and professional preparation experiences, both face-to-face and online, in a nurturing and appropriate manner.

D. Students in the GCOE are expected to set a positive example by their dress. A student's appearance will be clean, neat, and conducive to the professional environment.

E. Students in the GCOE are expected to maintain a professional identity on all searchable social media and refrain from making available media (e.g., pictures, video, text) that reflect poorly on their professional dispositions.

F. Students in the GCOE are expected to adhere to the confidentiality practices of their profession by not sharing sensitive information or information protected under the Family Educational Rights and Privacy Act (FERPA) or Health Insurance Portability and Accountability Act (HIPAA) outside of a classroom setting or online.

G. Students in the GCOE are expected to interact with mentors and other people in professional settings in a respectful manner, including receiving advice, feedback, and criticism of tasks performed.

H. There will be no evidence of disruptive conduct as stipulated in the Student Handbook.

I. Students are expected to maintain consistent attendance and abide by the attendance policies established in each course syllabus.

J. Students are expected to communicate in a manner professionally appropriate to the subject matter and/or internship situation.

K. Students are expected to adhere to the University's value of diversity as stipulated in the Student Code of Conduct.

Certain provisions in these Academic and Non-Academic Standards of Behavior may not be applicable to every GCOE program. In addition, some programs within the GCOE may stipulate performances and behaviors above and beyond those described above as these pertain to standards for quality program preparation, licensure, and accreditation.

## PROFESSIONAL STANDARDS COMMITTEE PROCESS

The faculty and professional staff of the Daniel L. Goodwin College of Education (GCOE) will monitor students' adherence to the Academic and Non-Academic Standards of Behavior through the GCOE Disposition and Professional Behaviors Assessment and program or department-specific assessments.

The following procedures will be applied as needed. All involved parties will maintain appropriate levels of confidentiality throughout the application of these procedures.

1. The faculty or professional staff member observing a student's conduct or attitudes that fail to meet expected standards shall meet with the student/candidate directly to discuss these concerns. At this stage, the faculty member will clarify the expectations and may provide the student with a plan to remediate the concerns. The faculty member will summarize the plan in writing and inform the Department Chair about the incident. This communication is for progress monitoring purposes only, should other or similar concerns arise about the student at a later point in the student's program.

2. If the student does not follow his/her plan and/or concerns persist, the faculty shall complete an evaluation of the student's dispositions and professional behaviors and forward this assessment to the respective Department Chair. The faculty member may also provide additional written documentation of relevance to the student's case.

3. The Department Chair will refer to the reported incident to the Department's Professional Standards Committee (PSC) Chair requesting the PSC Chair to convene the PSC meeting.

4. The Department Chair shall inform the student in writing of the incident and the referral to the PSC within 3 working days. The Department Chair also will describe for the student the role and procedures of the PSC and the student's rights and responsibilities within the process.

5.  The PSC and its designees shall investigate and review referred incidents. This review may include but may not be limited to (1) review of relevant documentation, (2) interview with the student(s) involved, (3) interview with the faculty or staff involved, (4) interview with other appropriate universities personnel.

6.  Upon completion of the investigation, the PSC will render a written recommendation to the Department Chair regarding the student's academic status and standing in his/her program(s) within 3 working days. The recommendation may or may not include a remediation plan for the student's growth. If a remediation plan is recommended, the plan will include the specific action steps to be taken by the student along with deadlines by which these steps will be performed.

7.  The Department Chair shall then render a determination of the student's academic status and standing in his/her program(s) within 3 working days. The Department Chair shall inform the student, the PSC Chair, the involved faculty or staff, and the appropriate Department Chair in other colleges of the University of his/her determination in writing.

8.  The student, faculty, or staff may appeal to the Department Chair's decision to the Office of the Dean of the GCOE. The appeal must be initiated within 10 working days of the date of the Department Chair's notification.

## Communication

Per FERPA Rules, all communication from the Goodwin College of Education Admissions Office will be sent exclusively through Nmail, the NEIU email system. It is the candidates' responsibility to regularly check their NEIU email account. Failure to do so may cause the candidates to miss important information, including critical updates about program changes and deadlines. Also, per FERPA Rules all communication between NEIU employees and NEIU enrolled students must occurr exclusively through the NEIU email system.

## Dean's List Requirements

The Dean's List recognizes undergraduate students in the Goodwin College of Education who have achieved academic success in the fall and spring semesters. Currently there is no Dean's List recognition for TLP and graduate students.

Criteria for determining eligibility for the Dean's List:

- Major, including second majors, must have been declared by the start of the semester being awarded

- A semester GPA of 3.80 or higher for the semester being awarded

- Successful completion of six (6) or more credit hours with letter grades of A, B, C, or D

- Student may not have any incomplete grades

## CPDUs: Clock Hours of Professional Development Activity Policy

The Goodwin College of Education has been approved provider of CPDUs by the State of Illinois. Please contact the Goodwin College of Education Dean's office at gcoe@neiu.edu for further information about professional development opportunities.

## Kappa Delta Pi at Daniel L. Goodwin College of Education

The Goodwin College of Education students with a GPA of 3.50 or higher will be invited to join NEIU's Sigma Epsilon Chapter of the Kappa Delta Pi International Education Honor Society. Learn more about the advantages of membership in this International Society by visiting Kappa Delta Pi website (http://www.kdp.org/). For questions about the local chapter, please contact the Goodwin College of Education, Office of Admissions at gcoe-admissions@neiu.edu.

## Clinical Experience and Student Teaching (CEST)

Programs that prepare students to obtain an Illinois Professional Educator License require students to participate in a variety of courses that include field-based experiences as required by State Law. These field-based experiences occur in public, charter, private, and parochial schools, day care centers, and community agencies, depending on the program of study being pursued. Field-based experiences may include participation in an educational institution/school's virtual instruction and online learning. The Clinical Experiences and Student Teaching Office collaborates with school partners to identify a variety of diverse field sites for placements.

Prior to being accepted by a field site, the student may be required to interview with staff at the site, complete an application, submit additional information, and/or have credentials reviewed based on-site requirements.

Students complete supervised field-based activities at these partner sites to develop a practical skill set and a deeper awareness of the knowledge, skills, and dispositions required of a practicing professional in the field. All field-based experiences are conducted under the supervision of a licensed teacher at the field site and a university supervisor. The student is evaluated by both.

# Office of Clinical Experiences and Student Teaching (CEST)

Catherine E. Wycoff, Director

## OVERVIEW

Clinical and student teaching experiences support the development of knowledge, skills, and dispositions future teachers require to educate diverse student populations. These are managed, assigned, supervised, and evaluated through the CEST Office. Design, implementation, and evaluation of field experiences are done in collaboration with faculty, staff, and school-based partners to provide optimum opportunities for the growth and development of candidates. Illinois state law requires those seeking an Illinois Initial Professional Educator License to complete field-based experiences which include student teaching. These must be completed while enrolled in a State Approved Program under the direct supervision of teacher holding the appropriate teaching certificate/license and a university supervisor.

All field-based experiences are components of university courses and are completed at field sites selected solely by the university. One or more placements will be in diverse and/or urban settings. Field sites are selected to assure compliance with CAEP Standards, Illinois State Law, School District/School policies, procedures, and regulations, and NEIU policies and procedures. Processes or procedures may be altered in response to changes made by any of the aforementioned.

All clinical and student teaching experiences include a field-based component and university-based coursework and/ or a seminar. In addition, concurrent registration in other courses may be required. Students must demonstrate success in the field and with seminar and classroom course components. A candidate, who is successful in one, but not the other, will be unable to successfully complete the course, without exception.

**Note: EDFN course field placement information is found at the end of this section of the catalog.**

## REQUIREMENTS

Multiple requirements must be met prior to participation in any course, other than EDFN courses, that includes a field-based component. These are listed below and apply to all students, including those pursuing a Focused Program of study to obtain a subsequent endorsement or an Illinois Professional Educator License.

1. GPA of 2.5/4.0 overall
2. GPA of 2.75/4.0 in all professional education courses and majors within the Daniel L. Goodwin College of Education
3. Grades of "C" or better in all professional education courses required within the licensure program being pursued
4. All "I" grades converted to grades of "C" or better in professional education and major courses
5. Evidence of freedom from tuberculosis and communicable diseases dated less than one year prior to the start of the semester for clinical students and within 90 days of the start of the semester for student teachers
6. Grade of "B" or better in all previous clinical experiences, unless the course is being re-taken for a second time
7. Any additional requirements established by the department or program in which the course is housed, or defined within a Remediation Plan
8. Evidence of a successful LIVESCAN Illinois State Police and Federal Fingerprint Background Check
9. Evidence of a successful LIVESCAN Illinois State Police and Federal Fingerprint Background Check less than 90 days prior to the start of the semester in which student teaching is taken
10. Successful completion of the Chicago Public School Field Experience Registration process
11. Successful completion of the Chicago Public School Student Teaching On-Line Application
12. Departmental approval
13. Evidence of passing the Illinois Licensure Testing System test for the appropriate content area prior to student teaching (Consult http://www.il.nesinc.com for dates, times, locations, and requirements.)

## DEADLINES

**Mandatory information sessions:** second month of semester, one year in advance of semester in which a clinical course or student teaching will be taken. Candidates may attend a "live" information session or watch a recorded information session to meet this requirement.

**Application deadlines:** November - April, one year in advance of semester in which a clinical course or student teaching will be taken. Students will submit their clinical/student teaching applications electronically via Tk20.

**TB test results:** Valid for one year; if results have expired, a new test must be administered no more than 90 days prior to the start of the semester in which a clinical course or student teaching will be taken.

**Student Teaching Orientation:** Required for all student teachers.

## COMMUNICATION

Per FERPA  Rules, all communications from the CEST Office will be sent only through the NEIU email address.

A variety of technologies will be used extensively to maintain communication with candidates. Technological tools currently in use include NEIU email and CEST-L Google Group.

**CLINICAL AND STUDENT TEACHING INFORMATION SESSIONS**

All who intend to apply for a clinical and student teaching are required to attend one **CEST information session** BEFORE submitting an application. Students may attend a "live" clinical/student teaching information session or watch the recorded meeting through D2L. application procedures, policies, expectations, timelines, and other related field experience matters will be provided to assure successful application.

After students attend either a "live" or recorded clinical/student teaching information session, they will be permitted to submit their clinical/student teaching application. Students who do not attend an information session within the specified time frame must contact the Director of the CEST Office. This may result in a delay of your field experience.

# APPLICATION PROCESS

Teacher candidates must apply to the CEST Office **one year in advance** of the semester in which planning to complete their clinical or student teaching experience.

Teacher candidates must submit a new clinical application for each clinical experience.

# REGISTRATION FOR COURSES WITH FIELD-BASED EXPERIENCES

Courses requiring field-based experiences require the following:

1. submission of all materials (online and print) application to the CEST Office by the established deadlines,
2. registration in the course(s) using regular university procedures during registration and payments made on schedule to assure that registration is maintained, and
3. final approval from the CEST Office and respective academic department to enroll/remain enrolled in associated courses based on a review of program requirements.

To be considered fully registered in a field-based course, the course must appear on the student's record in the official university student registration system. Those who are not fully registered into a course with field-based placements will not be permitted to report to a placement site. Students will be immediately removed from a field site and notified at the time the CEST Office becomes aware of removal from a course for non-payment or any other reason. Reporting to a placement site with knowledge of not being fully enrolled or after being terminated is cause for disciplinary action.

# ADMINISTRATIVE DROPS FROM FIELD BASED COURSES

Students will be administratively dropped by their academic department when prerequisites or requirements for courses, having field placements have not been fulfilled, for the following reasons: 1) when procedures have not been followed, 2) registration in required concurrent courses has not occurred, 3) student has been removed from his/her placement site by school administration or NEIU.

# PLACEMENT

Field placements are solely managed by the CEST Office. Placements are driven by CAEP Standards, Illinois State Law, school district or private school requirements, and availability of supervisors. As such, a placement site cannot be guaranteed. Placement at some sites is contingent upon completion of a successful interview with the administration and/or other staff. In the event a candidate is unsuccessful in two interviews, no further attempts to place will be made.

# CHANGES IN PLACEMENT

Changes will not be made once a placement has been confirmed by a School/District. Students may NOT contact schools or districts in attempts to secure a placement. This behavior is cause for disciplinary action, including removal from the program. Candidates who reject placements will *not* be placed until the next semester in which placements are made.

# CONFLICTS OF INTEREST

Placements will be made to assure that no conflicts of interest occur so that candidates receive an experience that is free of bias and external influence. Candidates will not be placed in schools they have attended, worked, or are employed; where family members or significant others attend, are employed, serve on school boards or LSCs; or in districts outside of CPS District 299 where family members are employed or serve on school boards.

# PLACEMENT SITE LOCATIONS

Placements will be made in diverse settings within a 25-mile radius of the NEIU Main Campus.

Field placement sites are selected to prepare teacher candidates to effectively teach students with special needs, newcomers, and English Language Learners (ELLs), students in high needs schools, and students from varied racial, cultural, ethnic and socioeconomic groups. Every effort is made to provide teacher candidates with a variety of experiences within the grade range required under the endorsement; however, this may not always

be possible. All placements are made within the age/grade span covered on the endorsement under the Professional Educator License (PEL) one is seeking to earn as follows:

| PEL Endorsement | Placement |
| --- | --- |
| Early Childhood Education | Birth-Grade 2 |
| Elementary Education | Grades 1-6 |
| Middle Level Education | Grades 5-8 (specific subject) |
| Secondary Education | Grades 9-12 (specific subject) |
| PK-12 Education Programs | PK-12 (specific subject) |
| Special Education | K-Age 21 |

## POLICY AND PROCEDURES TO REQUEST TO RETURN TO CLINICAL PLACEMENT SITE FOR STUDENT TEACHING

If a teacher candidate wishes to return to his/her clinical site for his/her student teaching, the candidate may do so. Please note that a candidate may only return to her/his clinical placement site if the following criteria have been met.

- The teacher candidate has had a minimum of one field experience in a diverse setting.
- The teacher candidate is not an employee of the school site unless the candidate holds an Illinois Provisional Bilingual Education license or has been a lead classroom teacher for two years at a charter or private school which does not require licensure.
- The candidate receives student teaching placement approval from the respective school/school district to return to the clinical placement site.

During the sixth week of the fall/spring semester, the Director of Clinical Experiences and Student Teaching (CEST) will contact clinical students via email and inquire as to whether they wish to return to their clinical placement site for their student teaching. Teacher candidates will have 5 working days to submit a written request to the CEST Director if they wish to return to the clinical placement site. In their written request, candidates may ask to return to work with the same mentor or request a different cooperating teacher.

If a teacher candidate submits a written request to return to his/her clinical placement site for student teaching after the given deadline, the CEST Office will consider the request. However, if the teacher candidate already has pending placement requests or a confirmed alternative student teaching placement, the CEST Office will not attempt to place the teacher candidate at his/her existing clinical site. All pending or confirmed student teaching placements will be honored and only cancelled at the request of the respective school/district.

Please note that while a candidate may request to return to his/her clinical placement site for student teaching, the Clinical Experiences and Student Teaching Office cannot guarantee any placement site due to the complexity of the placement process.

If the teacher candidate is declined by the clinical placement site for student teaching, she/he will be informed by the CEST Office after the decline is received. The respective department chair will be copied on the email sent to the teacher candidate informing her/him of the student teaching placement decline. The CEST Office will begin to work immediately on a different student teaching placement for the teacher candidate.

A teacher candidate who has been asked to conduct his/her student teaching at a non-clinical placement site by a school administrator or teacher should inform the CEST Director by the fifth week of the semester prior to student teaching. In the written request, the teacher candidate should indicate how long he/she has known the cooperating teacher and in what capacity. The teacher candidate should copy his/her department chair on the email request sent to the CEST Director. The CEST Director and appropriate department chair will discuss the teacher candidate's request and a decision will be made as to whether the teacher candidate may conduct his/her student teaching with the requested teacher and/or school site. The CEST Director will inform the teacher candidate of this decision.

## PLACEMENTS OUT OF AREA

Candidates may submit a written request for the Director to grant permission to complete student teaching as guest student at another CAEP accredited institution in the event of a move out of the area. Such situations generally occur due to a move out of state with student teaching the only class left for completion. If permission is granted, the candidate registers at NEIU and pays tuition and fees and the Director defines procedures for supervision and evaluation. The candidate usually incurs additional fees to be paid to the host institution directly.

## STUDENTS SEEKING A SUBSEQUENT ENDORSEMENT

Illinois State Law allows those possessing a current Illinois Teaching License to obtain one or more subsequent teaching endorsements by pursuing a focused program of study. The configuration of clinical experiences and student teaching required will be based on the results of an evaluation of credentials and professional teaching experiences.

These students will apply and be processed individually consistent with the law and in accordance with NEIU policies and procedures.

## TB TEST

NEIU requires clinical students and student teachers to provide evidence of freedom from communicable diseases, including tuberculosis. Such evidence shall consist of a tuberculin skin test (TB Test) (NEIU Health Services requires Mantoux) and, if appropriate, an X-Ray, made by a physician licensed in Illinois or any other state to practice medicine and surgery in all its branches, an advanced practice nurse who has a written collaborative agreement with a collaborating physician that authorizes the advanced practice nurse to perform health examinations, or a physician assistant who has been delegated the authority to perform health examinations by his or her supervising physician not more than 90 days preceding the start date. T.B. Test may be obtained at no cost from the NEIU Health Services Department ((773) 442-5800, Room E-051).

Those tested outside of NEIU must present their results to the NEIU Health Services Department and receive a Tuberculosis Test Report Form. The student then brings this form to this office.

A TB test may be obtained in the Health Services Office or from a health provider outside the university.

## PHYSICAL EXAM

Candidates may have to complete a physical exam.  Illinois School Code, 105 ILCS 5/24-5) (from Ch. 122, par. 24-5) identifies the need for new employees, including *student teachers*, to provide evidence of physical fitness to perform the duties assigned and freedom from communicable disease. It will be the student teacher's responsibility to comply with the Illinois School Code physical exam requirements if requested by a hosting school district/ school during your student teaching assignment.
In accordance with the Illinois School Code (105 ILCS 5/24-5 (a) and (b)):

*(a) In this Section, "employee" means any employee of a school district, a student teacher, an employee of a contractor that provides services to students or in schools, or any other individual subject to the requirements of Section 10-21.9 or 34-18.5 of this Code.*
*(b) School boards shall require of new employees evidence of physical fitness to perform duties assigned and freedom from communicable disease. Such evidence shall consist of a physical examination by a physician licensed in Illinois or any other state to practice medicine and surgery in all its branches, an advanced practice nurse who has a written collaborative agreement with a collaborating physician that authorizes the advanced practice nurse to perform health examinations, or a physician assistant who has been delegated the authority to perform health examinations by his or her supervising physician not more than 90 days preceding time of presentation to the board, and the cost of such examination shall rest with the employee. A new or existing employee may be subject to additional health examinations, including screening for tuberculosis, as required by rules adopted by the Department of Public Health or by order of a local public health official. The board may from time to time require an examination of any employee by a physician licensed in Illinois to practice medicine and surgery in all its branches, an advanced practice nurse who has a written collaborative agreement with a collaborating physician that authorizes the advanced practice nurse to perform health examinations, or a physician assistant who has been delegated the authority to perform health examinations by his or her supervising physician and shall pay the expenses thereof from school funds.*

## BACKGROUND CHECKS

Teacher candidates must be aware that the Illinois School Code (ILSC 5/10-21.9) requires school boards to conduct a criminal background investigation on applicants for employment. This law also prohibits the employment of any person who has been convicted of committing or attempting to commit any one or more of a number of offenses. At present, offenses include:

- first degree murder;
- any Class X felony;
- juvenile pimping;
- soliciting for a juvenile prostitute;
- exploitation of a child;
- obscenity;
- child pornography;
- harmful material;
- criminal sexual assault;
- aggravated criminal sexual assault;
- criminal sexual abuse;
- aggravated criminal sexual abuse;
- offenses set forth in the Cannabis Control Act, and
- crimes defined in the Illinois Controlled Substances Act.

Employment must be denied where the offenses and/or conviction occurred inside or outside the state of Illinois.

In addition, convictions related to certain offenses, other than those listed in Section 21B-80 of the School Code [105 ILCS 5/21B-80] that result in automatic revocation or *denial of licensure*, may lead to denial of licensure if they demonstrate that the applicant is not of good character as required by Section 21B-15 of the School Code. Accordingly, each applicant for the issuance, registration, or renewal of an Illinois professional educator license, educator license with stipulations or substitute teaching license or for the addition of another credential (e.g., endorsement, approval, designation),

including any credential issued under Subpart G of this Part, shall be required to indicate on the relevant form whether he or she has ever been convicted of a felony or of any sex, narcotics, or drug offense (whether felony or misdemeanor) in Illinois or any other state.

The Daniel L. Goodwin College of Education requires LIVESCAN Illinois State Police and Federal Fingerprint Background Checks of those registering to complete *field-based experiences.* Students may be subject to multiple checks if enrolling or participating in a field experience where an additional background check is required.

The Daniel L. Goodwin College of Education requires LIVESCAN Illinois State Police and Federal Fingerprint background checks of those registering to complete *student teaching* less than three months prior to the start of the semester in which student teaching is taken.

## CLINICAL AND STUDENT TEACHING CALENDARS

All courses requiring students to complete field-based clinical components are University courses and follow the University calendar. Pre-student teaching clinical students may not begin at their placement site until they have had their first on-campus clinical course after the official start of the semester. Clinical students follow the calendar of NEIU, not their placement site, with respect to holidays and vacations.

Student teachers begin and end on the first and last day of the NEIU semester as published in the University Schedule. Students may not report to a school to begin student teaching before the official first day of the NEIU semester, without written approval of the principal/school district and the CEST Director.

During the student teaching period, the student-teacher follows the calendar of the school/district, not NEIU, with respect to holidays and vacations. Those planning to student teach in the Spring semester must not plan travel or vacations in advance of receiving a confirmed student teaching assignment. If advance plans are made and conflict with school/district Spring Vacation times, travel plans will need to be altered. Teacher Candidates who plan vacations in advance of knowing the school district calendar risk being unable to complete their plans as scheduled if the vacation period conflicts with the school/district calendar.

## PRE-STUDENT TEACHING CLINICALS: SCHEDULING

Pre-student teaching clinical experiences are scheduled at dates and times mutually agreed upon between the NEIU Teacher Candidate and the school/site cooperating teacher(s) and/or administration. These will be planned between the start and end dates of the semester and only after being assigned to a placement site by the CEST Office.

Candidates must conduct their clinical hours at a school in no less than half day increments. Additionally, clinical candidates should plan to be at their clinical site more than one day a week throughout the semester. Candidates may complete their hours off-site if their placement site is using virtual instruction due to COVID 19 or another situation which requires students to not physically be at the school.

Pre-student teaching clinicals may not be completed sporadically or clustered into a two or three week period.

Pre-student teaching clinical students must create a written schedule for the completion of their required clinical hours. This schedule must include the dates and times the clinical student will be at their placement site or participating in virtual instruction during the semester. It must be presented to and approved by both the cooperating teacher(s) and university supervisor within two weeks of the start of the semester. Clinical students must adhere to this schedule throughout the semester. Any changes to the schedule must first be approved by the cooperating teacher and university supervisor in writing.

Pre-student teaching clinical students must plan other coursework, work, personal, and family obligations in a way that allows sufficient time to travel to and from the site, fulfill clinical expectations at the site, and complete any associated requirements such as research, lesson planning, and other work required outside of the placement site. When planning, it is suggested that the candidate plan ninety minutes in each direction for travel because candidates are placed within a 25-mile radius of the NEIU Main Campus.

Scheduling conflicts for seminars and other University-based activities may occur as a result of variations in holiday, break, or vacation periods of schools/districts and NEIU, and/or variations among the school/district calendars of the students under the supervision of a single supervisor and/or seminar leader. Conflicts will need to be discussed with the supervisor who may or may not make an accommodation.

The supervisor or the student may seek assistance from the CEST Director to resolve such matters. Nothing in this section should be construed to suggest that matters will automatically resolve as the Teacher Candidate desires because the University is responsible to maintain program integrity.

## SEMINARS

All clinical and student teaching courses include a class seminar held on or off campus. Dates and times are published in the University Schedule for the semester. Seminars begin during the first week of classes and continue throughout the semester.

Seminars follow a defined syllabus and complement the field-based component of the course. The syllabus includes specific content to be learned. Written and other assignments also are required. Discussions will include reflections about the field-based experience and progress toward becoming a professional educator.

Seminars may be conducted by the same person supervising the clinical student/student teacher and may include Teacher Candidates supervised by multiple supervisors. In this case, the final grade will be determined collaboratively by the supervisor and the seminar leader. Supervisors who are not seminar leaders may need to schedule additional meetings with those being supervised if deemed necessary.

## EVALUATION

The University Supervisor assigns a final grade with input from the cooperating teacher(s). A Teacher Candidate must be successful in the field-based component to successfully complete any course requiring a component regardless of the quality of work in the non-field based component of the course. Failure to successfully complete non-field based work or assignments will negatively impact a course grade.

A grade of "A" or "B" must be earned in a pre-student teaching clinical course to enroll in a subsequent course requiring a field-based clinical component, and in student teaching to be entitled to receive an Illinois Professional Educator License. Student teachers receiving a grade of "C" or "D" will not be entitled to Illinois Licensure but may be eligible for graduation.

A Teacher Candidate who is unable to complete a field-based component of a course within the semester due to an extenuating circumstance may request to receive an "I" grade (Incomplete Grade Policy (http://catalog.neiu.edu/academics/grading-transcripts/incomplete-grade-policy/)). When an "I" grade is issued, an Incomplete Contract will be developed to define the requirements, procedures, and timelines to be followed. Deviations from this contract minimally require the written approval of the academic program and CEST Director. Lack of success in the placement is not cause to issue an "I" grade.

The Teacher Candidate may appeal a final grade in accordance to University Policy, see Student Handbook. (http://neiu.edu/university-life/student-rights-and-responsibilities/student-handbook/)

## RE-ENROLLMENT IN A CLINICAL COURSE OR STUDENT TEACHING

Those earning less than a "B" in any course requiring a field-based component must submit a written appeal to the chair of their respective academic department. The chair will then forward the appeal to the department's professional standards committee (PSC). The PSC will review the teacher candidate's appeal to determine eligibility to re-enroll in the course. Re-enrollment in a field experience course will not be permitted in the semester following the candidate's first attempt at a clinical or student teaching experience. If allowed to re-enroll in a clinical or student teaching course, the teacher candidate will have a remediation plan.

## INTERRUPTED PLACEMENTS

Interruptions in placements may occur due to changes in staffing at the school or personal or health issues. When the placement is interrupted due to unexpected changes in staffing at the site or for some other reason beyond control of the university or the candidate, a new placement site will be secured within the semester.

## TERMINATED PLACMENTS

Placements may be terminated due to a lack of candidate success in the field experience. A request to terminate any field-based clinical/student teaching experience may be initiated by the University supervisor, cooperating teacher, school/site administrator, the academic program, CEST Director, or other NEIU faculty or administrators.

If asked to leave a field experience placement by the placement site/school district, cooperating teacher, or NEIU, the teacher candidate will receive an automatic "F" in the respective clinical/student teaching course and will not be given a new placement or allowed to continue his/her field experience within the same semester. The teacher candidate also may be referred to his/her respective academic department's professional standards committee and/or dismissed from his/her academic program.

If a teacher candidate is asked to leave his/her field experience placement, he/she may not have any further communication with the school administration, the cooperating teacher, school staff, or students at the school. If the teacher candidate does so, he/she may be referred to his/her respective academic department's professional standards committee and/or dismissed from his/her academic program.

Candidates who are removed from the field experience site may submit a letter of appeal to the respective academic program and/or department for permission to reapply in a future semester. The respective department's PSC will review and make a decision as to whether to allow the candidate to re-enroll in the clinical or student teaching course. A candidate who receives PSC approval to re-enroll in a clinical/student teaching course may not do so in the semester following his/her first attempt at the respective field experience course. If allowed to re-enroll in a clinical or student teaching course, the teacher candidate will have a remediation plan.

Candidates who do not successfully complete a second field-based clinical/student teaching experience will not be permitted to complete the program.

## CAUSES FOR REMOVAL

The following is a representative, not exhaustive, list of events that are generally considered serious enough to warrant removal from a placement site by the supervisor, cooperating teacher, or site administration:

- failure to abide by school/school district or NEIU regulations and policies
- frequent absences and tardiness (regardless of reason)

- completing personal work at the school site
- leaving the building, classroom, or assignment area without authorization
- inappropriate interactions with students, teachers, school staff, parents
- verbal or physical abuse
- fighting
- falsification of time sheets by failing to sign in/out at actual times
- failure to sign in/out
- multiple changes of clinical schedule
- failure to submit lesson plans in advance
- failure to develop adequate lesson plans
- failure to complete/submit items to CT or US on schedule
- lack of content knowledge
- sleeping
- inability to cope with the demands of teaching
- lack of appropriate and professional dispositions as determined by the CT and/or US
- failure to implement directions and/or suggestions for improvement
- disruptive to classroom or school (e.g. misuse of cellphone and social media)
- failure to abide by the school/school district's technology policies
- failure to return student grading by given deadline
- failure to meet the expectations and requirements of the candidate's action/remediation plan

## SELF-SELECTED TERMINATION

Those who self-select to terminate a clinical experience or student teaching are required to discuss this matter with the University supervisor and CEST Director prior to making a final decision or notifying their cooperating teacher and school site.

A final decision to self-terminate a clinical experience or student teaching must be submitted to the CEST Director in writing prior to notifying the placement site and cooperating teacher. Teacher Candidates who self-terminate are responsible to withdraw from the course in accordance with University procedures (http://neiu.edu/academics/registrar-services/) and according to timelines printed in the University Schedule. Standard university timelines and procedures influence grading and ability to recover tuition and fees.

Teacher Candidates who self-terminate may submit a letter of appeal to the respective academic program and/or department for permission to reapply in a future semester provided the self-termination was not done to avoid remedial or disciplinary actions resulting from deficiencies in knowledge, skills, and/or dispositions. The respective department's PSC will review and make a decision as to whether to allow the candidate to re-enroll in the clinical or student teaching course. Candidates who self-terminate will not be allowed to re-take the respective clinical/student teaching course in the subsequent semester. A candidate who receives PSC approval to re-enroll in a clinical/student teaching course typically will have an action/remediation plan.

A teacher candidate who self-terminates without discussing the matter with the University Supervisor and without submitting a written notice to the CEST Director may receive a "F" in the clinical/student teaching course, be referred to the respective academic department's professional standards committee, and/or dismissed from the academic program.

## ACTION PLAN FOR PROFESSIONAL IMPROVEMENT

**STEP 1:** INITIAL NOTIFICATION: A Candidate Alert form is submitted by either the supervisor, instructor, or cooperating teacher when a candidate's performance is not meeting expectations, or a placement is terminated. The Candidate Alert form is submitted to the respective department chair and Director of the CEST Office. Within two (2) working days of the submission of the Candidate Alert form, the respective department chair will schedule a meeting to discuss the Candidate Alert form with the teacher candidate.

**STEP 2:** CANDIDATE ALERT MEETING: The Candidate Alert meeting will be held within six (6) working days of the initial submission of the Candidate Alert form. Present at the meeting will be the department chair and/or program coordinator/facilitator; university supervisor; Director of the CEST Office; and in some cases, other individuals such as the cooperating teacher, building principal, and NEIU faculty.

**STEP 3:** CANDIDATE ALERT MEETING OUTCOMES: After the Candidate Alert meeting, the respective academic program/department will decide whether the teacher candidate may proceed in his/her current clinical/student teaching experience. If allowed to continue, the department chair or designated academic department/program coordinator/facilitator will create an Action Plan in writing within two (2) working days of the candidate alert meeting. Action Plans may include: a) areas in need of remediation, b) goals, c) activities and timelines, d) assessment plans, e) monitoring plan and future actions. Intermediate steps such as additional coursework or educational experiences may be required to address deficiencies as part of the action plan and/or before future placements are made. This Action Plan will be shared with the university supervisor.

The university supervisor will discuss the Action Plan with the teacher candidate and cooperating teacher within five (5) working days of the Candidate Alert meeting. The Action Plan will be signed by the teacher candidate, university supervisor, and cooperating teacher. The signed Action Plan will be

submitted to the Director of the CEST Office. The Action Plan process will take a maximum of 15 days from the initial notification to discussion of the Action Plan with the candidate and cooperating teacher.

If after the Candidate Alert meeting, the academic program/department will not allow the teacher candidate to continue in his/her clinical/student teaching experience in the current semester, the academic program/department will refer the teacher candidate to the department's professional standards committee. Additionally, the candidate may be required to formally withdraw from the course and receive a failing grade. The decision will be based on the causes, not the time the termination occurs during the semester.

## CANDIDATE ALERT MEETING AND ACTION PLAN GENERAL RULE

A Candidate Alert and/or Action Plan meeting is mandatory, and teacher candidates must make accommodations in order to be present. Failure to attend a Candidate Alert and/or Action Plan meeting may result in an automatic "F" in the clinical/student teaching course, referral to the respective academic department's professional standards committee, and/or dismissal from the academic program.

A teacher candidate's failure to adhere to any component of his/her Action Plan is cause for removal from the clinical/student teaching placement. A request to terminate a clinical/student teaching experience based on failure to comply with any component of the candidate's Action Plan may be initiated by the university supervisor, cooperating teacher, school/site administrator, the academic program, CEST Director, or other NEIU faculty or administrators. A candidate's failure to adhere to any component of his/her Action Plan may result in removal from his/her academic program without further placement.

When the deficiencies in knowledge, skills, or dispositions are deemed so severe or beyond remediation, a referral to the Professional Standards Committee of the respective department may be made in tandem with, or in lieu of a Candidate Alert meeting and/or Action Plan as deemed appropriate by the academic program, University Supervisor, or Director of the CEST Office.

Teacher candidates may begin their clinical/student teaching experience with an Action Plan if additional support and guidance is deemed necessary by the academic program/department. The academic department/program will create the Action Plan and present it to the teacher candidate within two weeks of the start of the field experience semester. The Action Plan meeting will be attended by the respective department chair/program coordinator, university supervisor, and Director of the CEST Office. The signed Action Plan will be submitted to the Director of the CEST Office.

## STUDENT TEACHER ORIENTATION

The Student-Teacher Orientation is **mandatory**. Student teachers who fail to attend may be prohibited from student teaching during that semester. Additional professional development days may be scheduled at other times during the semester in which student teaching occurs and attendance is required.

Student teachers who are full-time teachers and teaching in their own classroom as permitted by law may request an exemption from attendance at the Student Teacher Orientation only if the event conflicts with the school work calendar.

Additional days may be scheduled during the semester, as deemed necessary by the Daniel L. Goodwin College of Education and/or CEST Director.

## WORKING AND ENROLLMENT IN OTHER COURSES

Working and/or enrollment in other University courses during student teaching is strongly discouraged because student teachers are required to function in the same way as a full-time teacher. As such, tremendous workload demands are made of the teacher candidate.

In addition to teaching and working in the classroom during the regular school day, a student-teacher engages in many other activities. These include preparing detailed lesson plans; grading papers; locating and developing instructional materials to use with students; developing tests and other assessments; participating in professional development sessions that may occur before or after the student school day; planning for and attending student conferences with parents, family, and/or other staff; participating in weekly University-based seminars; submitting edTPA, and completing written and other assignments associated with the seminar/University course. In addition, attendance at other professional development activities may be required by the Daniel L. Goodwin College of Education as detailed earlier in this section.

## OBTAINING AN INITIAL ILLINOIS PROFESSIONAL EDUCATOR LICENSE

Successful completion of one of the teacher preparation programs on the Daniel L. Goodwin College of Education entitles one to obtain an Illinois Professional Educator License (PEL). Applications and procedures are available under the Goodwin College of Education Webpage: Teacher Licensure. (https://www.neiu.edu/academics/daniel-l-goodwin-college-of-education/teacher-licensure-policies-information-and-entitlementsendorsements/) For additional information about licensure, please contact coe@neiu.edu. The CEST office does not work directly with this process.

Those who meet the requirements for additional endorsements will have them added at the time the License is processed. An application for additional endorsement is available in the Daniel L. Goodwin College of Education Dean's Office (LWH 4040) and online at Teacher Licensure (https://www.neiu.edu/academics/daniel-l-goodwin-college-of-education/teacher-licensure-policies-information-and-entitlementsendorsements/). Candidates must submit this form online. While NEIU informs the State of those entitled to receive a license, the License is issued by the State, and regulations for maintaining and renewing it are governed by the State. Illinois licensure laws and procedures are online (https://www.isbe.net/Pages/Educator-Licensure.aspx).

# INSURANCE

Accidents or unforeseen health challenges may occur at any time. Teacher Candidates are especially vulnerable due to contact with large numbers of people. Students completing field-based clinicals/student teaching are strongly encouraged to have their own health insurance which covers medical services, ambulance transportation, mental health services, and prescription needs whether purchased through NEIU or a private provider.

# LIABILITY

Pursuant to Illinois law, the school district must provide NEIU Teacher Candidates with liability protection as is provided to regular employees of the district. See 105 ILCS 5/10-20.20 and 105 ILCS 5/10-22.3.

# EDUCATIONAL FOUNDATIONS (EDFN) COURSE INFORMATION

Students in EDFN-306, EDFN-307, EDFN-406, and EDFN-407 complete observations and/or service in educational settings. Unlike major clinicals and student teaching, EDFN students identify and secure their own field site to complete the course activities in a way that will allow them to fulfill the specific field-based requirements as outlined in the course syllabi.

Within the first two weeks of the semester, students will receive a direction packet prepared by the CEST Office from the course instructor. The steps to complete, prior to going to the school site, are defined in the EDFN direction packet. Minimally, students must successfully complete the Chicago Public School (CPS) Field Experience registration process. Students will be required to register with the CEST Office and provide evidence of freedom from communicable diseases (TB, specifically).

Upon completion of these activities, the student will obtain a clearance packet from the CEST Office. The student is then eligible to go into the school site to complete their hours. A documentation form on which all observation and service hours are recorded must be submitted to CEST Office at the end of the semester.

A student may NOT begin the field work for any EDFN class without receiving an authorization packet from the CEST Office.

If asked to leave a school by the school administration, classroom teacher, Educational Foundations Program Coordinator, Department of Educational Inquiry and Curriculum Studies Chair, or CEST Office Director, the EDFN student will not be allowed to conduct his/her EDFN observation and service hours at a different school site in the same semester. The EDFN student also may be referred to the professional standards committee of his/her respective academic department or that of the Department of Educational Inquiry and Curriculum Studies. The EDFN student also may be dismissed from his/her academic program.

If an EDFN student is asked to leave a school, he/she may not have any further communication with the administration, the classroom teacher, school staff, or students at the school.  If the EDFN student does so, he/she may be referred to the professional standards committee of his/her respective academic department or that of the Department of Educational Inquiry and Curriculum Studies. The EDFN student also may be dismissed from his/her academic program.

# MATH AND SCIENCE CONCEPTS PROGRAM (MSTQE)

### MSTQE = MATH, SCIENCE, AND TECHNOLOGY FOR QUALITY EDUCATION

The Math and Science Concepts Minor also known as MSTQE (Math, Science, and Technology for Quality Education), is designed to develop a community of undergraduate students who share interests in interdisciplinary STEAM fields. The program will help students develop deep and broad literacy in math, physical and life sciences, and technology. Most students in the program major in elementary or middle level education and go on to become teachers. Others go on to work in educational settings such as museums, libraries, zoos, or environmental agencies. The Math and Science Concepts Minor incorporates current Illinois State Board of Education content standards in math and science for educators.

The program emphasizes: observation, mathematical reasoning, scientific inquiry, technology, collaborative group work, connections to real-world problems, and service learning. The courses in the Math and Science Concepts Minor focus on content knowledge and pedagogy. Several of the math and science courses are block scheduled which allows faculty members to integrate their content and develop joint interdisciplinary assignments and projects. In partnership with Wilbur Wright College, any City Colleges of Chicago student may participate in science and math courses at Northeastern Illinois University while earning their Associate's Degree.

The MSTQE program fully embraces diversity as a valuable resource, strength, and asset. Students are encouraged to voice their opinions, suggestions, and perspectives for strengthening and improving the program. The program is inclusive and respectful, which allows us to create equity in our learning experiences and teaching practices by developing leadership skills at all levels. Students finish the program highly qualified to advocate for diversity, equity, and inclusion as future teachers of math, science, and technology. The MSTQE Program utilizes culturally relevant pedagogy and incorporates issues of equity and social justice into coursework.

- Students may demonstrate that they are eligible for MSTQE by completing MATH-149 (http://catalog.neiu.edu/search/?P=MATH-149) and MATH-150 (http://catalog.neiu.edu/search/?P=MATH-150) with a grade of C or better. Recommendations and referrals from math instructors will also be considered.

- Students must be eligible to take (or have completed) ENGL 101 or have a recommendation from an English instructor.

- Students complete an advising appointment with the MSTQE Program director and commit to participate in all program requirements.

---

## PROGRAM REQUIREMENTS

- Register for and participate concurrently in course pairs.

- Participate in MSTQE workshops, community meet-ups, and advisory sessions.

- Complete assignments and projects that involve inquiry-based learning and connections to pedagogy, research opportunities, and "real world" experiences.

- Meet with an MSTQE Program Advisor each semester prior to registration. Email mstqe@neiu.edu to set up an appointment.

## COURSE REQUIREMENTS

- Courses require problem solving, teamwork, reflecting on their own and their classmates' learning, and in-person and virtual learning. Learning opportunities may occur at partner community agencies, field sites, or schools.

- Paired courses have integrated learning activities that enhance knowledge and understanding of both subjects.

- Courses require problem solving, teamwork, reflecting on their own and their classmates' learning, and in-person and virtual learning. Learning opportunities may occur at partner community agencies, field sites, or schools.

- Students will gain the ability to understand and apply the following standards to their learning and teaching:
  - Next Generation Science Standards (NGSS)
  - Common Core Standards in Mathematical Practices and Content
  - National Council of Mathematics Standards for Teachers
  - Illinois State Board of Education (ISBE) Mathematics Teacher Standards
  - National Science Teachers Association (NSTA) Standards for Science Teacher Preparation

## COURSE PAIRS

It is beneficial to take course pairs in the following order when possible:

| Code | Title | Hours |
|---|---|---|
| Course Pair I | | |
| MATH-280 | Geometry Concepts For Educators And Art | 4 |
| PHYS-108 | Physics Concepts For Educators | 4 |
| **Total Hours** | | **8** |

| Code | Title | Hours |
|---|---|---|
| Course Pair II | | |
| CHEM-108 | Chemistry Concepts For Educators | 4 |
| CS-108 | Computer Science For All | 3 |
| **Total Hours** | | **7** |

| Code | Title | Hours |
|---|---|---|
| Course Pair III | | |
| MATH-145 | Algebra Concepts For Educators | 4 |
| BIOS-110 | Introduction To Biology For Educators | 4 |
| **Total Hours** | | **8** |

| Code | Title | Hours |
|---|---|---|
| Course Pair IV | | |
| MATH-380 | Calculus Concepts For Educators | 3 |
| BIOS-310 | Ecology Concepts For Educators | 3 |
| **Total Hours** | | **6** |

22      Daniel L. Goodwin College of Education

| Code | Title | Hours |
|------|-------|-------|
| Capstone Course | | |
| MATH-381 | Concepts In Discrete Mathematics For Educators | 3 |
| **Total Hours** | | **3** |

## RECOMMENDED ELECTIVES

| Code | Title | Hours |
|------|-------|-------|
| HSCI-364 | Theories And Concepts Of School Health Education | 3 |
| SOC-104 | Schools And Society | 3 |
| PEMT-300 | Adventure Education Programming | 3 |

Please contact mstqe@neiu.edu or (773) 442-5576 for further information.

## ADVISING SUPPORT

To speak with an advisor about creating a course plan to fulfill requirements of the MSTQE minor, contact mstqe@neiu.edu. Students pursuing a B.A. in Elementary, Middle Level, or other education major: Please contact the Goodwin College of Education Undergraduate Advisor (https://www.neiu.edu/academics/daniel-l-goodwin-college-of-education/college-of-education-advisors/undergraduate-advisors/) that corresponds with your major for further support with General Education and GCOE requirements.

## University Core Curriculum Requirements

| General Education Distribution Area | Cr. Hrs. |
|---|---|
| **Fine Arts (FA)*** | 6 |
| 2 courses, from at least two of the following areas of study: Art, CMT (Mass Media or Theatre), Music (includes Dance). | |
| **Humanities (HU)*** | 9 |
| 3 courses, from at least two of the following areas of study: CMT (Communication), English, Linguistics. Philosophy, Women's and Gender Studies, World Languages and Cultures, (Note: No more than two foreign language courses may be used to fulfill this requirement.) | |
| **Behavioral/Social Sciences (SB)*** | 9 |
| 3 courses, from at least two of the following areas of study: African & African American Studies, Anthropology, Computer Science, Economics, Geography & Environmental Science, History, Justice Studies, Latino & Latin American Studies, Political Science, Psychology, Sociology, Social Work | |
| **Natural Sciences (NS and NSL)*** | 9 |
| 3 courses, from at least two of the following areas of study; one course must have a laboratory component (NSL): Biology, Chemistry, Earth Science, Environmental Science, Physics (Note: If an FYE ANTH that counts as Natural Science is taken, only one Biology course may be used for Natural Science). | |

**Engaged Learning Experiences**

Students must complete, at Northeastern, three courses designated as Engaged Learning Experiences courses. One of the Engaged Learning Experiences courses must be at the 300-level, and one Engaged Learning Experiences course must be designated as "Boundary Crossing".

**Discipline Specific (ELE-DS)**

These courses have pre-requisites that are specific courses within a program of study. Discipline Specific courses give students a deeper understanding of how knowledge is created and applied in their field.

**Boundary Crossing (ELE-X)**

These are courses that cross disciplinary boundaries and/or cross boundaries through engagements outside the classroom or University allowing students to see how knowledge gained in one field might inform other fields or other aspects of society.

**Math/Quantitative Reasoning (MA)**
1 Math course, that has intermediate Algebra as prerequisite OR is
a course listed on the General Education Distributive Learning List
of Approved Courses. Any 3 hour college level math course, beyond
Intermediate Algebra, meets this requirement.

\*       Majors in Fine Arts, Humanities or Social/Behavioral Sciences, may waive up to 6 credit hours of General Education requirements in the
        corresponding distribution area.
\*\*        Majors in Natural Sciences may waive up to 9 credit hours of General Education requirements in the Natural Sciences distribution area.

Students should also be aware of all other university requirements to obtain a degree - NEIU requirements (http://catalog.neiu.edu/graduation-
requirements/bachelors-degree/)

## COURSE REQUIREMENTS

| Code | Title | Hours |
| --- | --- | --- |
| MATH-149 | Math For Elementary Teachers I | 4 |
| MATH-150 | Math For Elementary Teachers II With Problem Solving | 5 |
| MATH-145 | Algebra Concepts For Educators | 4 |
| MATH-280 | Geometry Concepts For Educators And Art | 4 |
| MATH-380 | Calculus Concepts For Educators | 3 |
| MATH-381 | Concepts In Discrete Mathematics For Educators | 3 |
| PHYS-108 | Physics Concepts For Educators | 4 |
| CHEM-108 | Chemistry Concepts For Educators | 4 |
| BIOS-110 | Introduction To Biology For Educators | 4 |
| BIOS-310 | Ecology Concepts For Educators | 3 |
| CS-108 | Computer Science For All | 3 |

- Courses require problem solving, teamwork, reflecting on their own and their classmates' learning, and in-person and virtual learning. Learning
  opportunities may occur at partner community agencies, field sites, or schools.

- Paired courses have integrated learning activities that enhance knowledge and understanding of both subjects.

- Courses require problem solving, teamwork, reflecting on their own and their classmates' learning, and in-person and virtual learning. Learning
  opportunities may occur at partner community agencies, field sites, or schools.

- Students will gain the ability to understand and apply the following standards to their learning and teaching.

  - Next Generation Science Standards (NGSS)

  - Common Core Standards in Mathematical Practices and Content

  - National Council of Mathematics Standards for Teachers

  - Illinois State Board of Education (ISBE) Mathematics Teacher Standards

  - National Science Teachers Association (NSTA) Standards for Science Teacher Preparation

- Course Pairs

  - MATH 280 / PHYS 108

  - MATH 145 / BIOS 110

  - MATH 380 / BIOS 310

Please contact us at mstqe@neiu.edu or (773) 442-5576 for further information.

## MSTQE LEADERSHIP TEAM

Sarah Cordell, Ph.D., Associate Professor of Mathematics, Coordinator of the Math Community Center

MATH-380 Calculus Concepts For Educators
MATH-381 Concepts In Discrete Mathematics For Educators

Matthew Graham, Ph.D., Associate Professor of Mathematics, College of Arts & Sciences MSTQE Liaison
MATH-145 Algebra Concepts For Educators
MATH-380 Calculus Concepts For Educators
MATH-381 Concepts In Discrete Mathematics For Educators

Maureen "mO" Kelty, M.S., MSTQE Advisory Leader, Instructor Emerita of Health Sciences and Physical Education

Scott Mayle, M.S., Instructor of Physics, Instructor of Chemistry
PHYS-108 Physics Concepts For Educators
CHEM-108 Chemistry Concepts For Educators

Matthew McLeod, M.Ed., Instructor of Mathematics
MATH-145 Algebra Concepts For Educators

Hector Morales, Ph.D., Associate Professor of Teacher Education, Goodwin College of Education MSTQE Liaison

Angela Nugent, M.S., Instructor of Biology
BIOS-110 Introduction To Biology For Educators

Corey Palmer, M.S., Instructor of Biology
BIOS-310 Ecology Concepts For Educators

Panagos Papageorgiu, M.S., Instructor of Mathematics
MATH-280 Geometry Concepts For Educators And Art

Jennifer Slate, Ph.D., Professor of Biology, Chair of Biology
BIOS-110 Introduction To Biology For Educators

## MSTQE PROGRAM ADVISOR

*Vacant*, Coordinator of Teacher Quality Enhancement Programs