**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLIOIS**

**Edward Williams,**

    **Plaintiff,**

    v.

**Northeastern Illinois University, et al.,**

    **Defendants.**

**AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222**

The undersigned hereby swears that he is the plaintiff in the above-entitled cause of action and that, upon consultation with his attorney, the monetary damages sought in the above-entitled matter exceed Fifty Thousand Dollars ($50,000).

The undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies that he believes the same to be true.

*Edward Williams*
_____
Edward Williams