**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Edward Williams

                                            Plaintiff,

v.                                                                               Case No.: 1:23−cv−03961
                                                                              Honorable Andrea R. Wood

Northeastern Illinois University, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss [15] is granted. Plaintiff's complaint is dismissed without prejudice. He is granted leave to file an amended complaint that remedies the pleading deficiencies with respect to the federal claims by 6/25/2024. If Plaintiff declines to file an amended complaint by that date, his federal claims will be dismissed with prejudice and final judgment will be entered in favor of Defendants. In light of this ruling, the parties' agreed motion for a confidentiality order [30] is denied as moot. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.