IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Edward Williams

Plaintiff(s),

v.

Northeastern Illinois University et al

Defendant(s).

Case No. 1:23-cv-03961
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes      pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge                            presiding, and the jury has rendered a verdict.
☐ tried by Judge                           without a jury and the above decision was reached.
☑ decided by Judge Andrea R. Wood on a motion to dismiss [39].

Date: 2/12/2025                    Thomas G. Bruton, Clerk of Court

                                   Laritza Arcos , Deputy Clerk